# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br>133 Pine Rock Lane, Hoover, AL 35226<br>   *Plaintiff/Petitioner,*<br><br>         vs.<br><br>**Michael Pompeo, in his official capacity as Secretary of the Department of State,** whose official address is 2201 C St., NW Washington, DC 20520;<br>**Donald J. Trump, in his official capacity as President of the United States;** and<br>**William Pelham Barr in his official capacity as Attorney General.**<br><br>   *Defendants/Respondents.* | Cause No. _____<br><br><br>CIVIL ACTION |

## DECLARATION OF AHMED ALI MUTHANA

I, Ahmed Ali Muthana, hereby declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 the following:

1. I submit this declaration based on my own personal knowledge.

2. I am over the age of 18 and competent to testify to the facts recited below.

3. I am the father to Hoda Muthana and grandfather to Minor John Doe Muthana.

4. I worked as a diplomatic member of the Permanent Mission of Yemen to the United Nations from October 15, 1990 to June 1, 1994.

5. On June 1, 1994, I was terminated from that position.

6. On June 2, 1994, the Yemeni Ambassador Al-Aashtal required me to surrender my diplomatic identity card.

7. My daughter Hoda Muthana was born on October 28, 1994, in New Jersey.

8. At the time of her birth I was not serving in a diplomatic position, and had not been for many months.

9. In 2004, I applied for a United States passport for my daughter Hoda Muthana.

10. I received a letter from the Department of State stating that the United States believed I had been a diplomat at the time of Hoda Muthana's birth.

11. I responded that I had not, and provided a letter from the United States Mission to the United Nations, dated October 18, 2004, confirming that my diplomatic position had ended no later than September 1, 1994.

12. I provided the letter from the United States Mission to the United Nations to the United States Department of State, which then issued a United States passport to my daughter Hoda Muthana on January 24, 2005.

13. My daughter Hoda Muthana renewed her United States passport on or about February 21, 2014.

14. She then flew to Turkey, and later arrived in Syria. I did not know in advance that she was taking this trip.

15. As a result of her second marriage in Syria, my daughter Hoda Muthana had a child, referred to herein as Minor John Doe. He was born on May 19, 2017.

16. On January 15, 2016, a letter addressed to my daughter Hoda arrived at my residence, from the United States government informing her that her passport had been revoked.

17. I responded that she was out of the country, but also reiterating what I had provided in 2004, and confirming the facts listed above as to when my diplomatic position ended (which was

(which was before Hoda was born).

18. Hoda and her son are, to the best of my knowledge, currently at Camp al-Hawl in Syria.

19. I would like to send money to my daughter so that she and my grandson can return to the United States.

20. I asked the FBI if I could do this, and the FBI told me that if I send money to my daughter and grandson for them to leave that I will be breaking the law and will be considered to be providing material support to ISIS.

21. I do not want to support ISIS.

22. I do want to help my daughter and grandson get to the United States.

23. My daughter has communicated to me recently that she wishes to surrender to United States authorities, and is willing to be subject to any legal consequences under the United States judicial system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

Ahmed Ali Muthana, Declarant

feb. 21-2019
Date Executed