# EXHIBIT B



# CITY OF HACKENSACK
## OFFICE OF THE REGISTRAR OF VITAL STATISTICS

### BERGEN COUNTY, NEW JERSEY

*This record is a true certification of name and birth facts as recorded in this office.*

Name: HODA   AHMED   MUTHANA   Sex: FEMALE

Mother's Maiden Name: BASMA   MOHAMED   ESHAYRI

Father's Name: AHMED   MUTHANA

Place of Birth: HACKENSACK   Date of Birth: Oct 28, 1994   Time of Birth: 3:38 pm

Registration Date: Dec 22, 1994   Amended: NO   Date Amended:

Date of Issue:   December 29, 1994

Any agreement or difference between child's surname and the surname of the father, does not imply legitimacy or illegitimacy. This is merely a copy of the information that was supplied for the preparation of the original birth certificate

Registrar of Vital Statistics: _John A Christon_

215 State Street, Hackensack, New Jersey 07601