# EXHIBIT C



## UNITED STATES MISSION TO THE UNITED NATIONS

799 UNITED NATIONS PLAZA
NEW YORK, N.Y. 10017-3505

October 18, 2004

Bureau of Citizenship and Immigration Services

This is to certify that, according to information provided
to us officially by the United Nations Office of Protocol,
our records indicate that Mr. Ahmed Ali Muthana was
notified to the United States Mission as a diplomatic
member of the Permanent Mission of Yemen to the United
Nations from October 15, 1990 to September 1, 1994.

During this period of time, Mr. Ahmed Muthana was
recognized by the United States Department of State as
entitled to full diplomatic privileges and immunities in
the territory of the United States under the provisions of
Section 15 of the Headquarters Agreement between the United
States and the United Nations (Public Law 357 – 80th
Congress).

Sincerely,

Russell F. Graham
Minister Counselor
Host Country Affairs