# EXHIBIT F

01/24/2019 6:06 PM FAX  2052442174         APP                    0001/0002

Case 1:19-cv-00445-RBW   Document 1-8   Filed 02/21/19   Page 2 of 3



**U.S. Department of Justice**

*Jay E. Town*
*United States Attorney*
*Northern District of Alabama*

# FAX COVER SHEET

**Administrative Division**
1801 Fourth Avenue North
Birmingham, AL 35203-2101

(205) 244-2001
FAX (205) 244-####

**DATE:** January 24, 2019

**TO:** Charles D. Swift
Constitutional Law Center for Muslims
in America

Jay E. Town
United States Attorney
U.S. ATTORNEY'S OFFICE, ADMINISTRATIVE DIVISION
BIRMINGHAM, ALABAMA

**PHONE:** (205) 244-2001   FAX (205) 244-####

**NUMBER OF PAGES:** Cover + 1

**CONTENTS:**

IF YOU DO NOT RECEIVE THE CORRECT NUMBER OF PAGES, PLEASE CALL THE TELEPHONE NUMBER ABOVE.

### CONFIDENTIALITY NOTICE

THE INFORMATION TRANSMITTED IN THIS TELEFAX MAY CONTAIN LEGALLY PRIVILEGED INFORMATION BELONGING TO THE SENDER. THIS TELEFAX TRANSMISSION OF PRIVILEGED INFORMATION IS INTENDED TO BE USED ONLY BY THE PERSON OR AGENCY NOTED ABOVE.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE INFORMATION CONTAINED IN THIS TELEFAX IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS TELEFAX IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY. YOUR CONCERN AND ATTENTION IS GREATLY APPRECIATED.



**U.S. Department of Justice**

*Jay E. Town*
*United States Attorney*
*Northern District of Alabama*

---

1801 Fourth Avenue North    (205) 244-2001
Birmingham, AL 35203-2101   FAX (205) 244-2171

January 24, 2019

VIA FAX AND U.S. MAIL

Charles D. Swift
Director and Attorney
Constitutional Law Center for Muslims in America
833 E. Arapaho Road, Suite 102
Richardson, TX 75081

    Re: Hoda Muthana

Dear Mr. Swift:

    I have received your letter of January 15, 2019, which I have referred to the State Department, Bureau of Consular Affairs, Passport Services, Office of Legal Affairs and Law Enforcement Liaison. Please contact that office with respect to the issues raised in your letter.

                                      Sincerely,

                                        Jay E. Town
                                        United States Attorney