## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br><br>*Plaintiff/Petitioner,*<br><br>vs.<br><br>**Michael Pompeo, in his official capacity as Secretary of the Department of State; Donald J. Trump, in his official capacity as President of the United States;** and **William Pelham Barr in his official capacity as Attorney General.**<br><br>*Defendants/Respondents.* | Cause No. <u>1:19-cv-00445</u><br><br>CIVIL ACTION |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Expedited Hearing, it is hereby ORDERED that Plaintiff's Motion for Expedited Hearing is GRANTED.

A hearing on Plaintiff's Expedited Complaint for Declaratory Judgment, Injunctive Relief, and Petition for Writ of Mandamus (Doc. 1) is set to take place before this Court on _____ at _____.

SO ORDERED this _____ day of February, 2019.

_____
United States District Judge