# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br><br>*Plaintiff/Petitioner,*<br><br>vs.<br><br>**Michael Pompeo, in his official capacity as Secretary of the Department of State, Donald J. Trump, in his official capacity as President of the United States;** and **William Pelham Barr in his official capacity as Attorney General.**<br><br>*Defendants/Respondents.* | Cause No. 1:19-cv-00445-RBW<br><br>CIVIL ACTION |

## PLAINTIFF'S ERRATA

Plaintiff Ahmed Ali Muthana, individually and as Next Friend of Hoda Muthana and Minor John Doe, by and through undersigned counsel, files this Errata as follows:

In the original filing of yesterday, Plaintiff erroneously omitted addresses of two Defendants from the front page of the Complaint. Plaintiff now attaches a corrected page, which is attached hereto as Exhibit A. Plaintiff further files herewith corrected requests for the Summons in a Civil Action, for each Defendant, collectively attached here as Exhibit B. Plaintiff apologizes for the oversight and appreciates the notice of the Court regarding these matters.

Respectfully submitted,

/s/ *Charles D. Swift*
Charles D. Swift
D.C. ID No. 987353
Texas Bar No. 24091964
cswift@clcma.org
Christina A. Jump
D.C. ID No. TX151
Texas Bar No. 00795828
cjump@clcma.org
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454

## CERTIFICATE OF SERVICE

The undersigned counsel hereby affirms that the foregoing will be served on all counsel of record via ECF filing on this 22nd day of February, and served with the Complaint in this matter, on all listed Defendants.

/s/ *Charles D. Swift*
Charles D. Swift