# EXHIBIT A

CHARLES D. SWIFT (D.C. ID No. 987353)
    cswift@clcma.org
CHRISTINA A. JUMP (D.C. ID No. TX151)
    cjump@clcma.org
Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Rd., Ste. 102
Richardson, TX 75081
Tel: (972) 914-2507; Fax: (972) 692-7454

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br>133 Pine Rock Lane, Hoover, AL 35226<br>    *Plaintiff/*<br>    *Petitioner,* vs.<br>**Michael Pompeo, in his official capacity as Secretary of the Department of State,** whose official address is 2201 C St., NW Washington, DC 20520;<br>**Donald J. Trump, in his official capacity as President of the United States,** The White House, 1600 Pennsylvania Ave., N.W. Washington, D.C., 20500; and **William Pelham Barr in his official capacity as Attorney General**, U.S. Dept. of Justice, 950 Pennsylvania Ave., N.W. Washington, D.C. 20530-0001.<br>    *Defendants/Respondents.* | Cause No. 1:19-cv-00445-RBW<br><br>CIVIL ACTION |

## EXPEDITED COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF AND PETITION FOR WRIT OF MANDAMUS