# AFFIDAVIT OF PROCESS SERVER

**In The United States District Court for the District of Columbia**

**Ahmed Ali Muthana, individually, and as next friend of Hoda Muthana and Minor John Doe**

Plaintiff(s),

vs.

**Michael Pompeo, in his official capacity as Secretary of the Department of State, et al**

Defendant(s).

Attorney: Charles D. Swift

Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Road Apt 102
Richardson TX 75081

*238668*

**Case Number: 1:19-CV-00445-RBW**

Legal documents received by Same Day Process Service, Inc. on **02/25/2019** at **10:05 AM** to be served upon **Acting U.S. Attorney General,** at **950 Pennsylvania Ave NW, Washington, DC, 20530**

I, **Harvey Jessup**, swear and affirm that on **February 25, 2019** at **12:55 PM**, I did the following:

Served **Acting U.S. Attorney General, a government agency** by delivering a conformed copy of this **Summons in a Civil Action, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Civil Cover Sheet; Exhibits; Plaintiff's Motion for Expedited Hearing; [Proposed] Order; Plaintiff's Errata; Exhibits** to **David Burroughs** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:238668

District of Columbia: SS
Subscribed and Sworn to before me
this 26th day of February, 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

# AFFIDAVIT OF PROCESS SERVER

**In The United States District Court for the District of Columbia**

**Ahmed Ali Muthana, individually, and as next friend of Hoda Muthana and Minor John Doe**

Plaintiff(s),

vs.

**Michael Pompeo, in his official capacity as Secretary of the Department of State, et al**

Defendant(s).

Attorney: Charles D. Swift

Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Road Apt 102
Richardson TX 75081

*238671*

**Case Number: 1:19-CV-00445-RBW**

Legal documents received by Same Day Process Service, Inc. on **02/25/2019** at **10:50 AM** to be served upon **Civil Process Clerk - United States Attorney's Office,** at **501 3rd St., NW, Washington, DC, 20530**

I, **Harvey Jessup**, swear and affirm that on **February 25, 2019** at **2:48 PM**, I did the following:

Served **Civil Process Clerk - United States Attorney's Office**, **a government agency** by delivering a conformed copy of this **Summons in a Civil Action, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Civil Cover Sheet; Exhibits; Plaintiff's Motion for Expedited Hearing; [Proposed] Order; Plaintiff's Errata; Exhibits** to **Joseph Finnegan** as **Paralegal & Authorized Agent** at **501 3rd St., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: Sitting Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:238671

District of Columbia: SS
Subscribed and Sworn to before me
this 26th day of February, 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

# AFFIDAVIT OF PROCESS SERVER

**In The United States District Court for the District of Columbia**

**Ahmed Ali Muthana, individually, and as next friend of Hoda Muthana and Minor John Doe**

Plaintiff(s),

vs.

**Michael Pompeo, in his official capacity as Secretary of the Department of State, et al**

Defendant(s).

Attorney: Charles D. Swift

Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Road Apt 102
Richardson TX 75081

*238670*

**Case Number: 1:19-CV-00445-RBW**

Legal documents received by Same Day Process Service, Inc. on **02/25/2019** at **10:21 AM** to be served upon **Michael Pompeo, in his official capacity as Secretary of the Department of State,** at **The Executive Office - Office of the Legal Adviser, 600 19th St., NW, Suite 5.600, Washington, DC, 20520**

I, **Harvey Jessup**, swear and affirm that on **February 25, 2019** at **12:14 PM**, I did the following:

Served **Michael Pompeo, in his official capacity as Secretary of the Department of State**, **a government agency** by delivering a conformed copy of this **Summons in a Civil Action, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Civil Cover Sheet; Exhibits; Plaintiff's Motion for Expedited Hearing; [Proposed] Order; Plaintiff's Errata; Exhibits** to **Christina Heifferon** as **Paralegal & Authorized Agent** at **The Executive Office - Office of the Legal Adviser, 600 19th St., NW, Suite 5.600 , Washington, DC 20520** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 25 Height: 5ft0in-5ft4in Weight: 100-130 lbs Skin Color: Caucasian Hair Color: Red

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:238670

District of Columbia: SS
Subscribed and Sworn to before me
this 26th day of February, 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

# AFFIDAVIT OF PROCESS SERVER

**In The United States District Court for the District of Columbia**

**Ahmed Ali Muthana, individually, and as next friend of Hoda Muthana and Minor John Doe**

Plaintiff(s),

vs.

**Michael Pompeo, in his official capacity as Secretary of the Department of State, et al**

Defendant(s).

Attorney: Charles D. Swift

Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Road Apt 102
Richardson TX 75081

**Case Number: 1:19-CV-00445-RBW**

Legal documents received by Same Day Process Service, Inc. on **02/25/2019** at **9:59 AM** to be served upon **William Pelham Barr in his official capacity as Attorney General,** at **950 Pennsylvania Ave NW, Washington, DC, 20530**

I, **Harvey Jessup**, swear and affirm that on **February 25, 2019** at **12:55 PM**, I did the following:

Served **William Pelham Barr in his official capacity as Attorney General, a government agency** by delivering a conformed copy of this **Summons in a Civil Action, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Civil Cover Sheet; Exhibits; Plaintiff's Motion for Expedited Hearing; [Proposed] Order; Plaintiff's Errata; Exhibits** to **David Burroughs** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:238667

District of Columbia: SS
Subscribed and Sworn to before me
this 26th day of February, 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023