AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe [initials A.M.] )<br>*Plaintiff* )<br>v. )<br>MICHAEL POMPEO et al. )<br>*Defendant* ) | Case No. 1:19-cv-00445-RBW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe [initials A.M.]    .

Date: 02/27/2019

*Attorney's signature*

Charles D. Swift, DC ID No. 987353
*Printed name and bar number*

Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Ste. 102
Richardson, TX 75081
*Address*

cswift@clcma.org
*E-mail address*

972-914-2507
*Telephone number*

972-692-7454
*FAX number*