UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe initials A.M., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL POMPEO, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-00445-RBW |

## NOTICE OF APPERANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction, venue, or service.

                                                      Respectfully submitted,

                                                      JOSEPH H. HUNT
                                                      Assistant Attorney General

                                        By: /s/ *Scott G. Stewart*
                                             SCOTT G. STEWART
                                             Deputy Assistant Attorney General
                                             U.S. Department of Justice, Civil Division
                                             950 Pennsylvania Avenue, NW
                                             Washington, DC 20530
                                             Tel. (202) 307-6482
                                             scott.g.stewart@usdoj.gov

Dated: March 1, 2019                   *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ *Scott G. Stewart*
SCOTT G. STEWART
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
