# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI MUTHANA,<br><br>    *Plaintiff/Petitioner,*<br><br>vs.<br><br>MICHAEL POMPEO, *et al.*,<br><br>    *Defendants/Respondents.* | Civil Action No. 1:19-cv-00445-RBW |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), *Amicus Curiae* Center for Constitutional Jurisprudence moves for the admission and appearance of attorney John C. Eastman *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of John C. Eastman, filed herewith. As set forth in Dr. Eastman's declaration, he is admitted and an active member in good standing the following courts and bars: the California Bar; the Supreme Court of the United States; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Sixth, Eighth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the U.S. District Courts for the Central, Northern, Eastern, and Southern Districts of California.  This motion is supported and signed by Julie Axelrod, an active and sponsoring member of the Bar of this Court.

Dated:  March 1, 2019              Respectfully Submitted,

/s/ *Julie Axelrod*
JULIE AXELROD (D.C. Bar No. 1001557)
1629 K Street, NW
Washington, DC 20006
Tel: (703) 888-2442
jba@cis.org

Mot. for Admission of Attorney *Pro Hac Vice* - 1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI MUTHANA,<br><br>    *Plaintiff/Petitioner,*<br><br>vs.<br><br>MICHAEL POMPEO, *et al.*,<br><br>    *Defendants/Respondents.* | Civil Action No. 1:19-cv-00445-RBW |

## DECLARATION OF JOHN C. EASTMAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John C. Eastman, declare:

1. My name, office address, telephone numbers and email address are as follows:

   John C. Eastman
   Center for Constitutional Jurisprudence
   c/o Chapman University Fowler School of Law
   One University Drive
   Orange, CA 92866
   Telephone: (877) 855-3330 x2

2. I have been admitted to the following courts and bars:

   Supreme Court of California (Dec. 15, 1997) (Cal. Bar No. 193726)
   Supreme Court of the United (12/1/2003)
   1st Circuit Court of Appeals (12/20/2010) (Bar # 1144512)
   2nd Circuit Court of Appeals (5/8/2012) (Acct. # 2525581)
   3rd Circuit Court of Appeals (4/19/2017)
   4th Circuit Court of Appeals (3/15/2011)
   6th Circuit Court of Appeals (3/1/2001)
   8th Circuit Court of Appeals (9/24/2018)
   9th Circuit Court of Appeals (09/01/2000)
   10th Circuit Court of Appeals (06/2003)
   11th Circuit Court of Appeals (03/21/2003)
   D.C. Circuit Court of Appeals (12/31/2001) (Bar #47928)

      U.S. District Court, C.D. Cal. (12/22/1997)
      U.S. District Court, S.D. Cal. (02/22/1999)
      U.S. District Court, N.D. Cal. (10/09/2010)
      U.S. District Court, E.D. Cal. (8/7/2012)
      U.S. District Court, D. Conn. (pro hac vice, 1997)
      U.S. District Court, S.D. Fla. (pro hac vice, 1997)
      U.S. District Court, D. Nev. (pro hac vice, 2003)
      U.S. District Court, D.D.C. (pro hac vice, 2013)
      Supreme Court of Mississippi (pro hac vice) 2002
      Supreme Court of Nevada (pro hac vice). 2003

3. I have not been disciplined by any bar, and am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not sought *pro hac vice* admission in this Court in the last two years.

5. This is my second *pro hac vice* admission request in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed in Santa Fe, New Mexico this 1st Day of March, 2019.

                                                Respectfully submitted,

                                                */s/ John C. Eastman*
                                                John C. Eastman
                                                Center for Constitutional Jurisprudence
                                                c/o Chapman Univ. Fowler School of Law
                                                One University Drive
                                                Orange, CA 92866
                                                Tel: (877) 855-3330 x2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AHMED ALI MUTHANA,<br><br>*Plaintiff/Petitioner,*<br><br>vs.<br><br>MICHAEL POMPEO, *et al.*,<br><br>*Defendants/Respondents.* | Civil Action No. 1:19-cv-00445-RBW |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JOHN C. EASTMAN *PRO HAC VICE***

The Court has reviewed the motion of *amicus curiae* Center for Constitutional Jurisprudence for admission of attorney John C. Eastman *pro hac vice*. Upon consideration of that motion, the Court grants attorney John C. Eastman *pro hac vice* admission to this Court.

SO ORDERED this _____ day of March, 2019.

_____
REGGIE B. WALTON
United States District Judge
for the District of Columbia