**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AHMED ALI MUTHANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-00445-RBW |
| ) | |
| MICHAEL POMPEO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**EXHIBIT INDEX TO**
**MEMORANDUM IN RESPONSE TO THE COURT'S MARCH 1, 2019 ORDER**

| Exhibit | Title |
|---|---|
| A | Certification of James B. Donovan (Mar. 1, 2019) |
| B | Declaration of James B. Donovan (Mar. 3, 2019) |

1