# Exhibit A



UNITED STATES MISSION TO THE UNITED NATIONS

799 UNITED NATIONS PLAZA
NEW YORK, N.Y. 10017-3505

March 1, 2019

Re: Ahmed Muthana

This is to certify that I, James B. Donovan, Minister Counselor, Host Country Affairs, at the U.S. Mission to the United Nations, United States Department of State, am responsible for overseeing the registration and maintenance of the official records of diplomatic officers and other employees of foreign governments serving in missions to the United Nations, and their family members.

The official records of the Host Country Affairs section of the U.S. Mission indicate that Mr. Ahmed A. Muthana was appointed as First Secretary to the Yemeni Mission to the United Nations on October 15, 1990, and together with other family members forming his household, began to enjoy diplomatic agent level privileges and immunities on October 19, 1990. On February 6, 1995, the United Nations provided the U.S. Mission with official notification of Mr. Muthana's termination from the Yemeni Mission. The notification noted that Mr. Muthana had been terminated in September of 1994. Mr. Muthana and his family enjoyed diplomatic agent level immunity until February 6, 1995.

James B. Dononvan
Minister Counselor for
Host Country Affairs