IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED ALI MUTHANA, individually,
and as Next Friend of Hoda
Muthana and Minor John Doe
(initials A.M.),

        Plaintiffs,

    vs.

MICHAEL POMPEO, et al.,

        Defendants.
_____/

Civil Action
No. 1:19-cv-0445

Washington, DC
March 4, 2019

11:04 a.m.

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

<u>APPEARANCES</u>:

For the Plaintiffs:   CHARLES D. SWIFT
                  CHRISTINA A. JUMP
                    Constitutional Law Center for
                    Muslims in America
                    833 E. Arapaho Rd, Suite 102
                    Richardson, TX 75081

For the Defendants:   SCOTT G. STEWART
                    U.S. Department of Justice
                    950 Pennsylvania Avenue, NW
                    Washington, DC 20530

As Amicus Curiae:     JOHN C. EASTMAN     *(via telephone)*
                    Center for Constitutional
                    Jurisprudence
                    C/O Chapman University School of Law
                    One University Drive
                    Orange, CA 92866

1   **Reported By:**            **JEFF M. HOOK**
                                Official Court Reporter
2                               U.S. District & Bankruptcy Courts
                                333 Constitution Avenue, NW
3                               Room 4700-C
                                Washington, DC  20001
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Your Honor, this morning this is in

3    re: Ahmed Ali Muthana versus Michael Pompeo, et al.  This is

4    civil action number 19-445.  I'd ask the parties to step

5    forward, identify yourselves for the record, please.

6          **MR. SWIFT:**  Good morning, your Honor.  Charles

7    Swift on behalf of the plaintiffs.  And with me is my

8    co-counsel, Christina Jump.

9          **THE COURT:**  Good morning.

10         **MR. STEWART:**  May it please the Court, Scott

11   Stewart on behalf of the United States, your Honor.  I'm

12   joined by several of my co-counsel.

13         **THE COURT:**  Good morning.  Counsel, I understand

14   somebody's on the telephone?

15         **MR. EASTMAN:**  Yes, your Honor.  John Eastman, the

16   Center for Constitutional Jurisprudence, prospective amicus

17   curiae.

18         **THE COURT:**  Good morning.  I did grant the request

19   for you to proceed as amicus in this case.

20         **MR. EASTMAN:**  Thank you, your Honor.

21         **THE COURT:**  I think the first thing I need to have

22   the plaintiff address is why this case is appropriate for

23   expedited consideration.

24         **MR. SWIFT:**  The case is appropriate for expedited

25   consideration because, one, Hoda Muthana, the daughter in

1    this case and for whom her father appears next friend, is

2    currently in a refugee camp in Syria.  Her ability to move

3    or return -- she's expressed her desire to return to the

4    United States.

5            Physically, the ability of her to return may well

6    hinge on how fast this proceeds.  At present, U.S. forces,

7    under information and belief, have access to that camp and

8    it might be possible for her to leave at this point.  But

9    that is not guaranteed.  In fact, that's moving fairly

10   quickly.  The United States is withdrawing its forces from

11   Syria or has indicated the intention to withdraw a

12   substantial number of forces.

13           She is in a precarious position, has expressed her

14   absolute desire to return.  And we hold that she's entitled

15   to declaratory relief under those facts.  Also, this case is

16   not speculative.  The United States has taken the position

17   through its officials -- namely, the Secretary of State and

18   the President of the United States, that she's not a citizen

19   and they would not permit her return under any

20   circumstances.

21           Under those circumstances, we believe that this

22   case is appropriate for expeditious relief, because she

23   suffers immediate harm.  The conditions that are dangerous

24   are, on information and belief, she's already had to be

25   transferred from one camp because of threats against her

1    life by ISIS extremists, her having renounced her ISIS --

2    any affiliation against them.  They've made threats against

3    her is our understanding, was the reason for her transfer

4    from one camp to another.  Our understanding is that she was

5    transferred subsequent to the filing of this complaint.

6            All of those facts come in to set for expedited

7    relief in this case, your Honor.  Also, the facts part on

8    this set forth her an absolute current right to citizenship

9    as we outlined in our brief.  But briefly for the Court, all

10   the Court need concern on that part on expedited relief is

11   that she's been issued a passport on two prior occasions.

12           Under the statute, under 22 U.S.C. 2705, that's

13   the equivalent of recognition of citizenship -- or of

14   naturalization or recognition of admission into the United

15   States.

16           **THE COURT:**  But she knew that the United States

17   was questioning her status as a United States citizen three

18   years ago, right?

19           **MR. SWIFT:**  Well, in part, that's a debatable

20   question as to whether she knew that.  They sent that letter

21   to her home address in Alabama.  The United States was well

22   aware that she was not present in Alabama at that time, that

23   she was outside the United States.  The hearing there also

24   would not substitute in any way for citizenship.

25           As the Supreme Court holds in Ng Fung Ho versus

1    White cited in our brief, that once we've recognized

2    citizenship, once we've admitted someone under citizenship

3    or recognized that citizenship, it can only be removed by

4    judicial process.  The Due Process Clause requires no less.

5              So a letter abstaining to say --

6         **THE COURT:**  You say her citizenship was recognized

7    based upon what?

8         **MR. SWIFT:**  Based upon her passport.

9         **THE COURT:**  Well, just because she receives a U.S.

10   passport doesn't mean she's a U.S. citizen.

11        **MR. SWIFT:**  She is presumptively one, your Honor,

12   and can only be revoked.

13        **THE COURT:**  But a non U.S. citizen can receive a

14   passport, right?

15        **MR. SWIFT:**  It's potentially possible that that

16   could happen, but inside this part is what Congress has said

17   about when it happens.  Congress, in 22 U.S.C. 2705, said

18   that that would be considered the same as if she was

19   naturalized.  It's possible to be naturalized in error.  The

20   Supreme Court's held that.

21             Now, the Government bears the burden of clear and

22   convincing evidence and judicial process once that's

23   happened.  In part on this, we would sit there and say

24   birthright citizenship could be issued in error and taken

25   less.  To do so would be to lower birthright citizenship

1    below the rights of a naturalized citizenship which makes no

2    sense whatsoever, and would be -- would not be in accordance

3    with the constitution which accords both equal status in the

4    14th Amendment.

5             So at this point, she has to be considered a U.S.

6    citizen by operational flaw.  The United States can't simply

7    say -- to give you an example, your Honor, I'm adopted.  I

8    was born here in Washington, D.C.  The United States has

9    issued me multiple passports.  The United States could not

10   simply strip me of my citizenship by writing a letter saying

11   we think that your actual parents -- and you weren't adopted

12   for three months afterwards, were actually diplomats.  I

13   know we've given you these statutes -- these passports many

14   times, but you're revoked and you have to stay in France.

15   And I did that by a letter.  They can't do that.

16            Citizenship and birthright citizenship is

17   recognized under the statute as by issuance of a passport.

18   That's really the only time that the United States passes on

19   the issue of birthright citizenship.

20            **THE COURT:**  How is your request for expedited

21   consideration any different than a request for a TRO or

22   injunctive relief in application of the four factors that

23   have to be considered in deciding whether that type of

24   relief is appropriate?

25            **MR. SWIFT:**  It may be the same inside it, your

1    Honor, in a request for expedited -- or injunctive relief

2    permitting her presence in.  We believe under the factors,

3    in part, that it's associated for declaratory relief because

4    there's been no judicial process in this case, in the

5    proceedings.

6                    However, if your Honor --

7         **THE COURT:**  But it seems to me that in order for

8    me to truncate what otherwise would be the process for

9    addressing this claim, that I would have to be able to

10   conclude that those four factors that entitle someone to a

11   TRO or preliminary injunctive relief are satisfied.

12        **MR. SWIFT:**  I understand, your Honor.  And if you

13   were to go that route, I think you would find that they are

14   satisfied.  First, she has strong claims on the merits to

15   begin on the claim, because she -- if we look at this solely

16   from the due process position, and the idea of the Supreme

17   Court saying once recognized -- and return to the facts of

18   Ng Fung Ho.  In Ng Fung Ho, the United States had previously

19   admitted the petitioners in that case as children of U.S.

20   citizens.  They then later changed their mind and said that

21   that was an error, but they had previously admitted them.

22                    The Court held that under those circumstances --

23   they were different than others, that they could only be

24   revoked with judicial due process.  The right of

25   citizenship, once bestowed, is considered a liberty and a

1    property right of the highest order requiring judicial --

2         **THE COURT:**   Other than the granting of the two

3    passports, what other acts or statements on the part of the

4    United States Government indicates that they were

5    acknowledging her citizenship?

6         **MR. SWIFT:**   There are no others, other than

7    issuing her a birth certificate in New Jersey at the time;

8    not on behalf of the United States, but on behalf of the

9    state of New Jersey on her birth.

10        But your Honor asked a question that's impossible

11   in part.  Again, the statute itself says that that's

12   equivalent to naturalization or a court decree of

13   citizenship by a U.S. court.  That's what the statute, 22

14   2705, says.  So we really need get no further than that,

15   because the Court -- because Congress has said that that

16   constitutes the same status as if you'd been found on

17   naturalization.

18        And this sets us up into a point that would be

19   incredibly dangerous were it otherwise.  Imagine any U.S.

20   person leaves -- a U.S. person who was born in the United

21   States leaves the United States, and then we question

22   whether they're a birthright citizen having given them a

23   passport to leave the United States.  After that process, we

24   say nope, that was an error, you can't come back.

25        This would open the door to an incredible -- and

1    Congress clearly recognized that in 22 -- in the statute and
2    gave it an equivalent right.  So if the United States has
3    recognized by passport, as they did here on two occasions,
4    then she is entitled immediately to the presumption to
5    citizenship.  Absent due process, judicial due process,
6    according with the Fifth Amendment that would strip her of
7    that liberty and property right.

8         And we need to understand the difference inside
9    this and how the Supreme Court has treated passports -- the
10   revocation of passports, which they've never treated as
11   revocation of citizenship.  No court has done that.  In
12   Hague, what they looked at in part was the right to travel.
13   The right to travel in part was that basically a passport in
14   its use was a letter to other countries, et cetera, on the
15   ability to travel.

16        But in the context of Hague they said, you know,
17   administrative.  But that in no way undermined their earlier
18   decisions that U.S. citizenship was an absolute liberty and
19   property right, and is completely distinguishable.  The
20   Government can't substitute a post hoc administrative
21   hearing for a judicial one under the clear language of the
22   constitution -- or the Supreme Court's interpretations here.

23        This really is black letter law.  This is not a
24   speculative or novel theory in any way, shape or form.

25        **THE COURT:**  Well, let's address the issue of

1    irreparable harm.  How is your claim of irreparable harm

2    anything more than just speculative?

3           **MR. SWIFT:**  Part of the part is because, A, she

4    suffers significant deprivations inside a refugee camp.  The

5    conditions are not secure, the conditions are not safe.  She

6    is in the immediate areas of conflict.  The situation is in

7    significant flux.  She could be recaptured, she could be

8    killed.  All of these things can happen, and she could lose

9    the ability to come back.  So she faces significant harm.

10          The United States, on the other hand, faces almost

11   no harm.  If the United States believes that she's committed

12   criminal acts overseas, upon her return they could

13   immediately put her into custody.  They could ensure that

14   her travel in no way endangers anyone.  The United States'

15   harms on this -- and if it's ultimately determined that she

16   should be stripped, would be free to expel her from the

17   United States.

18          **THE COURT:**  Who is in control of this refugee camp

19   where she's being detained?

20          **MR. SWIFT:**  To our knowledge, the Free Syrian

21   forces, the remnants of them which are a direct ally of the

22   United States and which we've supported throughout that

23   period of time.  We would sit in part on what we seek in the

24   injunctive relief which is to use good -- injunctive is not

25   to bar her admission, and to use good faith efforts to a

1    return.

2         We recognize that the Court cannot issue an order

3    to the Free Syrian Army, that that's outside its

4    jurisdiction.  But it can countermand the President and the

5    Secretary of State's position that they will take no steps

6    to return her, take no parts and bar her return.  Indeed, I

7    think we can use some common-sense in this part that the

8    Free Syrian Army seems pretty willing to get rid of her

9    since they're apparently extraordinarily willing to give --

10   to allow her to make television interviews with different

11   media members who have gone over.

12        For a moment to address the next friend standing

13   there.  Next friend is appropriate here, your Honor, because

14   we have no contact with her.  Her contact has been

15   intermittent through cellphones that she borrows.  I have no

16   way to send pleadings, to have parts identified or to have

17   anyone act on her behalf or for her to act directly in the

18   part.  All I know is that she has purportedly renounced any

19   affiliation to ISIS, and that she has expressed her desire

20   to return and that she is in the custody of these forces.

21        In that standing, her father stands in good stead

22   to be her next friend.  He has the similar interest in her

23   return, the similar interest in her citizenship which he

24   originally applied for on the passport and therefore can act

25   on her behalf.  Uniquely, in this situation, he has

1    significant knowledge of what transpired at the time of her

2    birth and at the time of her issuance of the passport,

3    knowledge which quite frankly is far superior to hers

4    because she was a minor child, an infant then 10 years of

5    age.

6              **THE COURT:**  Well, when did she first express her

7    desire to come back to the United States?

8              **MR. SWIFT:**  My understanding is that she first

9    expressed that to parents and others in and around December.

10   And then I became aware of it after that, and tried to

11   contact the authorities to indicate that she desired to

12   surrender to them and sought a place where she could do

13   that.  She was still in ISIS control and in some danger if

14   she were caught trying to surrender.

15             Ultimately, without my knowledge or I don't think

16   the Government's, she was able to escape.  And then I

17   learned that she was in a refugee camp.  So my understanding

18   is that this has been going on for a few months.  In one

19   interview --

20             **THE COURT:**  It may be speculative, but how likely

21   is that the result of the fact that ISIS was losing its grip

22   on the territory that it controlled, and therefore as a

23   result of that she has this change of mind and wants to come

24   back?

25             **MR. SWIFT:**  My understanding from her interviews

1    is that she had developed, prior to that, a desire to leave

2    but was in fear of being caught because people who quote,

3    unquote were deserting were being executed.  She'd had the

4    desire for some time.  In fact, it's the loss of ISIS's

5    control of the territory that permitted many to escape in

6    those positions when they lost the kind of control that

7    they'd had over the population.

8           But for this purpose, in this what we look at is

9    that she's a citizen, she's entitled to return.  If the

10   United States believes that she's committed criminal acts

11   that might jeopardize the United States, they have an

12   incredible mechanism to secure the public's safety.  And

13   that is, indict her, and I dare say -- although one would --

14   another court would look at the idea of whether she had

15   posed a threat to be released to the community.  But the

16   equities would be difficult, very difficult to argue in that

17   part.

18          What we say in this part is that what you can't do

19   is substitute an administrative letter for a judicial

20   process; that she is entitled to that process.  That if we

21   look at the part on the idea that someone might be a threat

22   to the United States again and therefore strip them of

23   citizenship or the right to return, we are undercutting the

24   fundamental -- without due process, the fundamental due

25   process and liberty interests that are inherent inside this

1    case.  So -- and in any so situated case.  Her return to the

2    United States, her right to return is well established.  A

3    citizen has the right to return.  A citizen, by returning,

4    may subject themselves to all kinds of prosecution which is

5    something we actually should encourage, not discourage in

6    this process.

7              **THE COURT:**  I don't know if that has anything to

8    do with whether I should give expedited consideration to the

9    relief that she's requesting.  Because I don't even know, is

10   there some definitive timetable as to when the United States

11   will withdraw forces from Syria?

12             **MR. SWIFT:**  My understanding is that the United

13   States has already begun withdrawing forces.  And with the

14   situation on the ground, expedited consideration in our part

15   is appropriate.  It's particularly appropriate because --

16             **THE COURT:**  How do we know -- assuming a total

17   drawdown occurs in the near future, how do we know what

18   impact that's going to have on the security that this

19   camp -- or any camp that she's being held in, how that's

20   going to affect that?

21             **MR. SWIFT:**  I think that we could look and use

22   common-sense on the part -- in this part that she would be

23   in an area with minimal food, water and clothing supplies in

24   the context of a war zone with the inability for removal.

25   And if looking at those factors in this part, we go that

1    could create an impossibility for her return.  And

2    therefore, expedited consideration is appropriate here.

3            She would suffer -- you know, it would be -- in

4    part I think to use earlier cases, if she were at the border

5    and being denied, she would be suffering irreparable harm.

6    The argument that she's seeking to leave the refugee camp

7    somehow changes that does not make sense.  In fact, it only

8    strengthens it.

9            If she were sitting today at the border and being

10   denied, that would be irreparable harm on the part -- at

11   that part and it would not be speculative.  The speculative

12   part we say is whether in fact she would be able to reach

13   the border.  What we know, however, is that right now

14   there's no way for her to do that.  She cannot reach the

15   border, because there's no way that military forces or

16   others would disobey the Commander-in-Chief and take her

17   into custody and start to return her no matter what happens.

18   They would make no efforts to do so no matter what happens,

19   because they're required to follow the orders of the

20   Commander-in-Chief and they're not going to make any orders

21   on the part.

22           So this would be no different than if she were

23   sitting at the border, and customs officials were told by

24   the President and Secretary of State do not let that person

25   in.

1      **THE COURT:**  I don't know anything about how the

2      refugee camp operates.  I mean, is she required to remain

3      there or is that at her option?  Can she leave if she wants

4      to leave?

5      **MR. SWIFT:**  Our understanding is that she is

6      required to remain within the camp; that the camp is a

7      guarded facility; that you have free movement within the

8      camp.  But the conditions can be difficult as far as food,

9      water, shelter, et cetera.  Keep in mind that we're going

10     into the desert headed into -- you know, through the milder

11     part of the weather there headed into the extraordinary part

12     of the weather, et cetera, for refugees caught in the middle

13     of a war.

14     **THE COURT:**  I mean, is there any evidence -- I

15     mean, it seems that I'm being asked to operate on a lot of

16     assumptions.

17          Is there any evidence that she is not being -- and

18     the child is not being properly cared for in this refugee

19     camp?

20     **MR. SWIFT:**  I'm not at part to be able to say.  I

21     know that she's at best acknowledged based on the reports

22     that she was alive, able to give an interview, et cetera, on

23     it.  We can certainly provide to the Court with some part

24     what humanitarian agencies are saying about these camps to

25     the extent they've recently been established and are

1    overflowing.

2           **THE COURT:**  Let me hear from the Government, and

3    I'll let you respond to what the Government says.

4           **MR. STEWART:**  Thank you, your Honor.  May it

5    please the Court, I understand the Court to be focusing on

6    the expedited treatment piece of things to start, your

7    Honor?

8           **THE COURT:**  That's correct.

9           **MR. STEWART:**  Sure, your Honor.  I'd start by

10   saying, as we have in our brief, your Honor, that expedited

11   treatment is not warranted.  That is so for several of the

12   reasons that your Honor was I think getting at with a number

13   of your questions.  One of the most important things here,

14   your Honor, is that as was emphasized, this is speculative.

15   A great many of the facts that my friend just alleged

16   included the words may, might, could.  It's kind of a chain

17   of speculation.  A great many of the assertions are outside

18   anything pleaded in the complaint.  News reports -- a news

19   report cited by counsel in his very complaint reflects

20   that -- and counsel's own assertions reflect that Hoda

21   Muthana has access to the media.  There's no indication that

22   she's facing any kind of imminent harm.

23          So to start, your Honor, on this complaint, the

24   state of things, all we have is speculation.  We don't have

25   any indication of imminent likely harm at all that would

1    justify expedited or emergency treatment, particularly in a

2    case involving such important issues.  That's point one.

3           The second point I'd emphasize, your Honor, is the

4    strangeness of the relief sought here.  I mean, the relief

5    sought by the plaintiff in this case is that the United

6    States apparently facilitate negotiations of a diplomatic

7    sort to try to secure Ms. Muthana's release.  There's no

8    ability for the Court to grant that sort of thing.

9           And also, just putting that justiciability or

10   authority issue aside, your Honor, there's no showing or

11   allegation that the apparent withdrawal of the United States

12   from Syria would affect or undermine the ability to

13   negotiate at all.  So there's really no indication that your

14   Honor would need to move quickly to get at some kind of

15   result, because there's just nothing on the record before

16   this Court that would suggest that the United States could

17   not do what the plaintiff is seeking to force the United

18   States to do.

19          And lastly, your Honor, I think your Honor

20   emphasized at various points that this case involves a lot

21   of equitable considerations.  And those equitable

22   considerations really defeat the claim for expedition here,

23   particularly given the weight of the issues involved,

24   diplomatic affairs, diplomatic negotiations, foreign policy,

25   the importance of diplomatic immunity and how that matter's

1    accorded by the State Department and the United States.

2          The situation that Ms. Muthana finds herself in is

3    the result of her leaving the United States in October of

4    2014, and freely joining a Foreign Terrorist Organization in

5    Syria.  She did this, by all indications, of her own free

6    will.  She's in the custody of foreign forces because of

7    those decisions.  On top of that, your Honor, the effort

8    here to try to adjudicate or go after the revocation of

9    Ms. Muthana's passport is something that comes years after

10   the fact of notification.

11         She was told of her passport revocation.  The

12   notification was sent more than three years ago.  She was

13   advised of the steps to contest it.  Those steps are

14   available.  She didn't take those steps.  She hasn't used a

15   Congressionally mandated remedy to try to get that resolved

16   here.  Now she finds herself in a situation that she no

17   longer apparently likes abroad.  Her father, the plaintiff,

18   is suddenly seeking an emergency remedy that has all the

19   problems and others that I've just mentioned.

20         **THE COURT:**  Let me just ask this question -- and

21   I'm not suggesting that I've reached any conclusion, because

22   I haven't, on the issue of whether she presumptively is a

23   United States citizen.  But let's assume for the sake of

24   argument that she is or was a United States citizen at the

25   time of birth, putting aside some of the issues that may

1    undermine that suggestion.

2         If that in fact were the case and she's in the

3    same situation she is in now, are you saying that a court is

4    without any ability to provide any type of relief to someone

5    in that situation?

6         **MR. STEWART:**  I think there's kind of a readily

7    available or kind of a traditional mechanism for that, your

8    Honor.  It's the one afforded by 8 U.S.C. 1503.  It provides

9    approaches -- it provides a mechanism for judicial review if

10   the United States Government denies a person a right or

11   privilege of a U.S. national on the ground that someone is

12   not a U.S. national.  If she were in the country, she could

13   sue for declaratory relief.  She would have had that

14   potential option had she not left the country.  Outside the

15   country, that procedure involves more steps, your Honor.

16   But it is contained in 1503, subsection B.

17        So there are potential mechanisms that somebody

18   who encounters a revocation and wants to claim citizenship

19   could potentially pursue those mechanisms.  There has not

20   been an effort to pursue them here despite notice and an

21   opportunity.  There's also -- we instead find ourselves --

22        **THE COURT:**  So you're saying they're not

23   applicable here or she hasn't sought to use those

24   mechanisms?

25        **MR. STEWART:**  Apparently has not sought to use

1       them, your Honor.  I want to hold as to how they might

2       unfold if there were an effort to use those at this time.

3       But the point I'm getting at is that there are mechanisms

4       available to address this sort of situation truthfully.

5               **THE COURT:**  And is that through diplomatic means

6       or is it a means by which the Court could provide an avenue

7       for relief?

8               **MR. STEWART:**  I believe, your Honor, it involves

9       steps that ultimately would lead to some amount of judicial

10      review.  A step involves getting a certificate of identity,

11      traveling to a port of entry, applying for admission, those

12      sorts of things.  And ultimately there is a potential for

13      some form of judicial review.  It is a harder thing once

14      somebody has left the country, but there is an avenue

15      available.

16              **THE COURT:**  Do you know whether, as your opponent

17      seems to suggest, the United States' decision to withdraw

18      troops from Syria is going to put her at greater risk than

19      what she is now?  Do you know anything about whether there's

20      been some designated timetable for the withdrawal of troops

21      from Syria?

22              **MR. STEWART:**  I don't know the answer to that,

23      your Honor.  I do want to be careful about getting too far

24      ahead of what may be going on.

25              **THE COURT:**  I just asked whether you know or

1    whether the Government has in fact set a timetable?

2           **MR. STEWART:**  I'm not sure.  I'm not sure of the

3    answer to that, your Honor.

4           **THE COURT:**  And what about the final relief that

5    was being requested, that her father be permitted to provide

6    her with some financial assistance while she's in the

7    refugee camp; and if he does that, he would not be subject

8    to criminal prosecution?

9           **MR. STEWART:**  Yes, your Honor.  In our papers,

10   we've emphasized at this stage the serious hypothetical

11   nature of those claims, the serious standing problems, the

12   serious advisory opinion issues.  I think I might kind of

13   flesh that out a little bit this way, your Honor.  And

14   that's that when the Government is looking into, at some

15   point, prosecuting someone for a criminal violation, in the

16   ordinary course criminal investigators and criminal

17   prosecutors, when called upon to investigate, they look at

18   crimes that -- potential crimes that have been committed.

19   They look at the facts.  They look at the knowledge of the

20   person at the time.  They look at the conduct.  They look at

21   the events, the state of mind, all things that happened in

22   the past.  That's what happens in the course of

23   investigations in determining criminal liability.

24          In addition to the standing problems and the

25   points we identify, your Honor, our position is essentially

1    that we can't state with confidence in advance what may

2    happen by the kind of factually hypothetical and incomplete

3    story on that 18 U.S.C. 2339(b), claim, your Honor.  This is

4    the sort of thing that in addition to investigation

5    retrospectively of what has happened, it involves questions

6    of prosecutorial judgment that we're of course very careful

7    about.  That, again, is something -- it's not based on

8    something in advance, it's based -- in the normal course,

9    it's based on the facts and conduct and what happened.

10          So what we'd say on that one, your Honor, is that

11   there are standing problems, there's justiciability advisory

12   opinion problems, there's sort of prudential problems about

13   getting into it.  But what we would say is that like anybody

14   who is contemplating some form of -- a form of conduct that

15   they believe could cause them to face some risk under a

16   federal criminal statute, those folks can read the statute

17   which itself would provide notice.  They can consult with a

18   lawyer.  They can get the advice of somebody, and they can

19   make their decisions on how to proceed there.  But it's not

20   a prudent or appropriate approach for somebody to seek this

21   kind of a declaratory judgment, your Honor.

22          **THE COURT:**  Thank you.

23          **MR. STEWART:**  Thank you, your Honor.

24          **THE COURT:**  Response?

25          **MR. SWIFT:**  Beginning with the last first, we

1    would point the Court to the Supreme Court's decision in

2    humanitarian law which also determined it, and had all of

3    the same -- the Government made all of the same arguments

4    against seeking relief in humanitarian law; that is, that

5    there was a humanitarian group that wanted to provide aid to

6    a designated terrorist organization.

7         In this part, the United States has not designated

8    Ms. Muthana as a terrorist organization or as a person under

9    the statute.  But the Secretary of State has said she's a

10   terrorist.  And that part is enough that it's not

11   speculative, et cetera, in part.  What we said in there is

12   that he should have the right to be able to provide aid.  In

13   fact, his inability -- if he can't do that without facing

14   potentially 20 years in jail, that even adds to the strength

15   of the claim for declaratory relief and emergency

16   injunction, because she's now stuck without any aid or any

17   ability to receive aid while in these periods of time which

18   would make her situation even more difficult.

19        Within the framework of humanitarian law, given

20   that she's no longer under the command and control of the

21   terrorist organization, she's clearly within -- and the

22   Court's order can be so structured, that so long as she is

23   within the command and control of the Free Syrian forces,

24   and so long as the aid is being used only for the purposes

25   of facilitating her return and/or her livelihood until such

1       return is possible, that finances for those purposes are

2       not -- do not constitute material support of terrorism.

3                  **THE COURT:**  But does the Secretary of State have

4       the authority to designate a person as a terrorist?

5                  **MR. SWIFT:**  Yes, he does, under statute.  The same

6       statute that permits the Secretary of State to designate an

7       organization permits him to designate a person inside the

8       context.  In this one, it's not clear whether the Secretary

9       of State has utilized that or not.  With her, he simply

10      called her a terrorist.  But it certainly would cause a

11      prudent person --

12                 **THE COURT:**  Would that preclude -- assuming you're

13      right, that he does have -- I'm not familiar with this

14      statute.  Assuming that he does have the right to designate

15      an individual as a terrorist, does he also have the

16      authority to conclude -- because it seems this would be

17      outside of his authority because he's not a law enforcement

18      official, to conclude that when that person he's designated

19      as a terrorist is in the custody of a U.S. ally, that if you

20      provide aid to that person for their existence, that that

21      would be a criminal act that could be prosecuted?

22                 **MR. SWIFT:**  No, he would not have the authority to

23      make that conclusion that it's a criminal act.  That would

24      fall to the United States.

25                 **THE COURT:**  It seems to me you'd probably never

1       get a conviction.  Maybe someplace in the world you might.

2       But I don't see how you get a conviction if you've got a

3       child who maybe made a mistake and did something

4       inappropriately and they're being detained in a foreign

5       country, and you're sending them some money to help them

6       exist, that you're going to be prosecuted.  I think, number

7       one, it would be highly unlikely that a prosecutor would

8       prosecute for that.  And if they were prosecuted, I think a

9       jury would not look favorably upon that.

10              **MR. SWIFT:**  Well, this may be true in part.

11      Nevertheless, one could look at what -- the Supreme Court's

12      language in humanitarian law can be extraordinarily

13      chilling, because they look at funds as fungible.  It can be

14      for a perfectly lawful purpose and violate 2339(b).

15              **THE COURT:**  But if an individual goes to a lawyer

16      and seeks advice from the lawyer, and if the lawyer says

17      considering all the circumstances, I don't think you're

18      going to be violating the law by providing funds to your

19      daughter while she's in detention of a U.S. ally because

20      he's been designated by the Secretary of State as a

21      terrorist, I don't think you're committing a crime.  I doubt

22      very seriously that there would be a basis for prosecution.

23      And if there was, it seems to me that would be a valid

24      defense.

25              **MR. SWIFT:**  It potentially could be, and I'm not

1    going to say it.  But nevertheless, all of those arguments

2    were provided in humanitarian relief in finding that having

3    declaratory relief on a statute so broad -- and 2339(b) is

4    incredibly broad, it was meant to be, because it

5    criminalized otherwise lawful acts that weren't done for any

6    thought process to further a criminal act, that it could

7    arguably come within this conduct.

8         So I think for Mr. Muthana's part on it, it serves

9    an extraordinarily chilling part on that is if you're wrong,

10   you can be indicted.  And the idea that you might some day

11   be acquitted after two, three years in jail waiting for your

12   period of time through that process itself can be

13   extraordinarily chilling.  Thus, we believe that declaratory

14   relief -- in this case, finding that aid would be

15   appropriate.  Because we leave --

16        **THE COURT:**  What says that the father would be

17   locked up two or three years?

18        **MR. SWIFT:**  Well, if he's indicted under 2339(b).

19        **THE COURT:**  He has to be detained?

20        **MR. SWIFT:**  It has a strong presumption of

21   detention.  The Court's part sits out there and says that

22   the Court should automatically consider detention as the

23   strongest, and he must revoke.  Persons who provided as

24   little as $500 have been detained for three years in time.

25   It is an extraordinarily penal statute.

1      **THE COURT:**  Again, maybe there's some federal

2   judge who might lock somebody up under the circumstances

3   that we have here, but I don't think anybody on this Court

4   would lock somebody up who's trying to help their child when

5   they're in detention by a U.S. ally.

6      **MR. SWIFT:**  The easy part is to declare that

7   that's outside, and we believe the Court can do that, that

8   declaratory relief in the humanitarian line of cases is

9   appropriate.  If the Court's not going to do that, we

10   believe it only strengthens the claim for injunctive relief

11   to get her back as soon as possible, and for the United

12   States to use all reasonable efforts to do so.

13      Having revoked her passport, having put her father

14   in a position that he can't -- that he would be an

15   extraordinarily -- a reasonable person would be in fear of

16   prosecution in this process, and then said, well, you have

17   no means to travel, you have no means to these parts and our

18   declarations basically cut you off from all of your rights.

19   And that can't be the law.

20      Returning again to the idea that inside injunctive

21   relief, your Honor, she unquestionably suffers harm.  The

22   longer she stays there it's harm.  She has, under the law, a

23   presumptive right to citizenship.  She is a citizen under

24   the law until there's judicial process.  She should be

25   ordered -- the United States, to use all efforts to order

1    her return to the process -- to the United States while she

2    is a citizen.  This isn't the process where she is presumed

3    not a citizen, and that --

4         **THE COURT:**  On the citizenship issue, I mean, I

5    don't know if I'm going to actually have to reach that issue

6    on the issue of whether I should consider this matter in an

7    expedited manner.  But it seems like the father's diplomatic

8    status was terminated by -- was terminated?

9         **MR. SWIFT:**  Yes.

10        **THE COURT:**  But it also seems clear that the

11   United States was not notified of that termination until

12   after her birth.

13        **MR. SWIFT:**  Addressing that briefly, your Honor.

14   The United States incredibly takes positions different

15   than -- first, inside that analysis, one might look -- we

16   suggest the Court look strongly to Ali for the likelihood of

17   relief in this part, the Ali case that we've cited in our

18   pleadings but is available at 29 -- 209 F.Supp.3d 1266.  In

19   that case, the United States took the opposite position.

20             In that case, they took the position that, well,

21   the notification wasn't part, because the plaintiff in that

22   one asserted that we weren't notified of my father -- of my

23   parents -- the United States wasn't notified of their

24   position.  In arguing that, well, it's not on the blue

25   sheets, this evidence that's been put for us here, the

1    United States took the position that no, it's the period of

2    time of the position.  And in fact, we can look -- they've

3    also taken the opposite position in United States versus

4    Wen.  That's available at 2005 U.S. District Court 19545.

5              Now, in Ali, the Court there held that the

6    statements of the State Department are not conclusive,

7    particularly in matters like this.  It might go toward an

8    immunity case, but the equities on a jurisdictional case on

9    citizenship don't weigh that and it's ultimately for the

10   Court to decide.  And the Court must decide the

11   reasonableness of it.

12             And to think just briefly, your Honor, on the

13   reasonableness.  What the United States is saying is that if

14   Mr. Muthana, instead of having a child or in addition to

15   having a child, had come down here to the District of

16   Columbia and murdered five people, cold blood, boom, boom,

17   boom, after being terminated from his position -- perhaps he

18   was unhappy, that he would be immune from prosecution even

19   though he no longer held the position and there's absolutely

20   no reason to give it.  They would not take that position set

21   post hoc.  It's not a position that they've taken

22   consistently since on this process, that termination

23   clearly -- and it was clearly not the position the United

24   States took in 2005.

25             The same office, as we point out in the brief, was

1    well aware of all of this.  It all comes from the same

2    office.  Yet they said he's terminated on this date, and

3    he -- and she is eligible for citizenship.  That makes sense

4    in the process, because he is not a diplomat.  And his

5    immunity is tied to his -- and the jurisdictional clause of

6    the 14th Amendment is tied to the position of a diplomat.

7    He was clearly not a diplomat, all parties agree, on the

8    date of her birth.

9              And finally, the United States in any proceeding

10   should be equitably estopped.  This is the --

11             **THE COURT:**  So what was his status at the time?

12             **MR. SWIFT:**  At that time, I know that his wife had

13   been admitted, and I'm not sure of his status, whether

14   documented or --

15             **THE COURT:**  His wife had been admitted, what, as

16   a --

17             **MR. SWIFT:**  As a permanent resident through a U.S.

18   relative.  She had been admitted, and he I believe was in

19   the process of application for that.  Because he couldn't

20   apply until, of course, he's out of the position.

21             **THE COURT:**  So what implications does her status

22   have on --

23             **MR. SWIFT:**  Well, her status has clearly that they

24   had the intent to remain after termination.  Beyond that, I

25   would agree that her status simply sits on the idea that

1    having been admitted, that it was clear that they did not

2    have the intent to leave, that they had the intent to

3    remain.  And that she, the mother, was no longer under

4    diplomatic immunity upon the time of her admission.

5            There is argument -- and I'm not going to mislead

6    the Court as to the case, that if the father's diplomatic

7    immunity extended to Hoda, she would not be subject to the

8    jurisdiction.  Nevertheless, his didn't and --

9            **THE COURT:**  Has the Supreme Court or a circuit

10   Court of Appeals ever addressed the issue of when diplomatic

11   status becomes effective, whether it occurs as a result of

12   the termination or whether it occurs as a result of the

13   notification?

14           **MR. SWIFT:**  To my knowledge, no.  In fact, the

15   only cases that I've found that addressed it at all were at

16   the beginning, at the beginning of the period of time, not

17   at the end.  But I point to cases that have involved civil

18   suits after it, have always taken the position -- the United

19   States has taken the position that it -- citing Wen as an

20   example, that it occurred at termination.  And in a

21   reasonable application, it doesn't make sense for it not to

22   occur at termination.

23           Thinking again of the policy point that this Court

24   would hold if it were to accept the United States

25   Government's argument made for this case.  Another country,

1    having learned of the ruling, could discharge one of the

2    members of their diplomat part and send that person out to

3    commit acts of espionage and sabotage fully cloaked with the

4    deniability that they're being done on behalf of the country

5    because we discharged them; but with the full knowledge that

6    that person would be able to operate with absolute impunity

7    from the law because they didn't send a notification.

8         We would give third countries absolute control

9    over the jurisdiction of these courts.  That's the

10   implication of their argument.  It cannot be otherwise.

11   Because if I can extend it for five months, even after the

12   period of termination, why can't I extend it for five years

13   if termination upon notification is actually it.  Now, the

14   Vienna Convention requires them to notify, and so they'd be

15   in breach of the convention.  And that breach alone could

16   find that you've lost the diplomatic immunity in the

17   process.

18        The temptation is to try and wiggle it out for

19   Hoda Muthana.  That would be -- the Court should forgo that

20   temptation.  That is incredibly dangerous going forward,

21   because we set a precedent here as to what is jurisdictional

22   in this process.  And if we set that precedent, we open the

23   door to foreign nations to exploit it.  Because why -- if I

24   meant to do ill harm to the United States, why would I not

25   put somebody in a diplomatic position, have them accepted

1    and them terminate them and allow them to commit criminal

2    acts.

3         **THE COURT:**  Okay, I think I understand the

4    parties' arguments on the question of whether I should give

5    expedited consideration to this case, and I'll take a short

6    recess and I'll make my ruling.

7         (Off the record at 11:51 a.m.)

8         (Back on the record at 12:13 p.m.)

9         **THE COURT:**  Before I assess whether it was

10   appropriate to address the merits of what's been raised in

11   the complaint in this case, I obviously had to assess

12   whether it's appropriate to accord expedited consideration

13   to the complaint that's been filed.  We obviously have rules

14   of court that normally control how cases proceed through the

15   process so that adequate consideration is given to the

16   respective party's position, and we only abdicate those

17   rules when there is good reason to do that.

18         It seems to me that even though there was not a

19   request for a TRO requested in this case, and although

20   there's an indication that injunctive relief is being

21   requested, that the four factors that have to be considered

22   in deciding whether or not a TRO or injunctive relief is

23   appropriate is something that I nonetheless have to consider

24   in the context of a request that's being made here for

25   expedited consideration.

1            On that issue, it seems to me that while obviously

2    there is harm that occurs if someone is wrongfully denied

3    the right to assert citizenship of the United States, but

4    harm is not irreparable harm.  Irreparable harm, it seems to

5    me, is harm that can't be in some way remedied in the

6    future.  And if ultimately it is declared that she is a

7    citizen and was entitled to citizenship from the inception,

8    then obviously that harm is in fact addressed.

9            In this situation, I just think there's a lot of

10   speculation that I'd have to engage in in concluding that

11   there is in fact irreparable harm here.  Number one, I don't

12   know what the timetable is, even though I've heard in the

13   press, as I'm sure everybody has, of a decision by the

14   current administration to remove troops from Syria.  I don't

15   know if there's been a designated timetable for when that's

16   going to occur; whether that means that all troops are going

17   to be removed; whether that means if all troops are removed,

18   that the allied forces who are detaining the child at this

19   point, whether that's going to create more risk for her.

20   All of that seems to be very speculative.  And it seems to

21   me to put this case on an expedited basis based upon

22   speculation, it's just not appropriate.

23           I'm not unsympathetic to the plight that she finds

24   herself in, although she put herself in that situation.

25   Nonetheless, I mean, if she were a citizen obviously despite

1     the fact that she put herself in that situation, she

2     nonetheless is entitled to any rights that other citizens

3     have.

4              And there's a lot of questions I have in reference

5     to that question, because I think I might be convinced on

6     the question of the substantial likelihood of success on the

7     merits.  I might be inclined to agree with -- because it

8     seems to me that plaintiff's counsel makes a valid argument

9     about when diplomatic status actually does expire, i.e.,

10    does it expire at the time when it's terminated by the

11    country that the individual has diplomatic status with or

12    does it occur when notification is given that that status

13    has been terminated.

14             I think it's a good analogy to say that if it's

15    the latter, that doesn't make sense.  Because I think

16    counsel makes a good point that a country could terminate

17    status, nonetheless use that person to engage in espionage

18    activity and then claim after the fact that, well, that

19    person still is protected by diplomatic immunity because

20    notification had not been given.  That doesn't seem to me to

21    make sense.  I don't think I have to really address that

22    issue at this time, because I just think that there just

23    hasn't been sufficient evidence at this point presented to

24    me to show that she will be irreparably harmed if immediate

25    relief is not afforded to her.

1          So it seems to me that based upon that, it would

2     be inappropriate for me to proceed in this case in an

3     expedited manner absent something else being presented to me

4     that would suggest otherwise.  So I think under the

5     circumstances, we have to adhere to the normal course of the

6     flow of litigation before I actually reach the merits of the

7     allegations being raised in the complaint in this case.

8          So I would have to deny the request for expedited

9     consideration and proceed on the normal track, again, absent

10    something being presented in the future that would suggest

11    that expedited consideration is appropriate.

12          Anything before we recess?  Thank you.

13        (Proceedings adjourned at 12:19 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3          I, **Jeff M. Hook, CSR, RPR,** certify that the

4    foregoing is a correct transcript from the record of

5    proceedings in the above-entitled matter.

6

7

8

9    ___March 4, 2019___          _____

10           **DATE**                    **Jeff M. Hook, CSR, RPR**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$500 [1]** 28/24

**0**

**0445 [1]** 1/5

**1**

**10 [1]** 13/4
**102 [1]** 1/16
**11:04 [1]** 1/8
**11:51 a.m [1]** 35/7
**1266 [1]** 30/18
**12:13 p.m [1]** 35/8
**12:19 p.m [1]** 38/13
**14th [2]** 7/4 32/6
**1503 [2]** 21/8 21/16
**18 [1]** 24/3
**19-445 [1]** 3/4
**19545 [1]** 31/4
**1:19-cv-0445 [1]** 1/5

**2**

**20 [1]** 25/14
**20001 [1]** 2/3
**2005 [2]** 31/4 31/24
**2014 [1]** 20/4
**2019 [1]** 1/7
**20530 [1]** 1/19
**209 [1]** 30/18
**22 [4]** 5/12 6/17 9/13 10/1
**2339 [4]** 24/3 27/14 28/3 28/18
**2705 [3]** 5/12 6/17 9/14
**29 [1]** 30/18

**3**

**333 [1]** 2/2

**4**

**445 [1]** 3/4
**4700-C [1]** 2/3

**7**

**75081 [1]** 1/16

**8**

**833 [1]** 1/16

**9**

**92866 [1]** 1/23
**950 [1]** 1/19

**A**

**a.m [3]** 1/4 1/8 35/7
**abdicate [1]** 35/16
**ability [8]** 4/2 4/5 10/15 11/9 19/8 19/12 21/4 25/17
**able [7]** 8/9 13/16 16/12 17/20 17/22 25/12 34/6
**about [9]** 6/17 17/1 17/24 22/19 22/23 23/4 24/7 24/12 37/9
**above [1]** 39/5
**above-entitled [1]**

**abroad [1]** 20/17
**absent [3]** 10/5 38/3 38/9
**absolute [5]** 4/14 5/8 10/18 34/6 34/8 31/19
**absolutely [1]** 31/19
**abstaining [1]** 6/5
**accept [1]** 33/24
**accepted [1]** 34/25
**access [2]** 4/7 18/21
**accord [1]** 35/12
**accordance [1]** 7/2
**accorded [1]** 20/1
**according [1]** 10/6
**accords [1]** 7/3
**acknowledged [1]** 17/21
**acknowledging [1]** 9/5
**acquitted [1]** 28/11
**act [6]** 12/17 12/17 12/24 26/21 26/23 28/6
**action [2]** 1/5 3/4
**activity [1]** 37/18
**acts [6]** 9/3 11/12 14/10 28/5 34/3 35/2
**actual [1]** 7/11
**actually [6]** 7/12 15/5 30/5 34/13 37/9 38/6
**addition [3]** 23/24 24/4 31/14
**address [7]** 3/22 5/21 10/25 12/12 22/4 35/10 37/21
**addressed [3]** 33/10 33/15 36/8
**addressing [2]** 8/9 30/13
**adds [1]** 25/14
**adequate [1]** 35/15
**adhere [1]** 38/5
**adjourned [1]** 38/13
**adjudicate [1]** 20/8
**administration [1]** 36/14
**administrative [3]** 10/17 10/20 14/19
**admission [4]** 5/14 11/25 22/11 33/4
**admitted [7]** 6/2 8/19 8/21 32/13 32/15 32/18 33/1
**adopted [2]** 7/7 7/11
**advance [2]** 24/1 24/8
**advice [2]** 24/18 27/16
**advised [1]** 20/13
**advisory [2]** 23/12 24/11
**affairs [1]** 19/24
**affect [2]** 15/20 19/12
**affiliation [2]** 5/2

**afforded [2]** 21/8 37/25
**after [11]** 9/23 13/10 20/8 20/9 28/11 30/12 31/17 32/24 33/18 34/11 37/18
**afterwards [1]** 7/12
**again [7]** 9/11 14/22 24/7 29/1 29/20 33/23 38/9
**against [4]** 4/25 5/2 5/2 25/4
**age [1]** 13/5
**agencies [1]** 17/24
**ago [2]** 5/18 20/12
**agree [3]** 32/7 32/25 37/7
**ahead [1]** 22/24
**AHMED [2]** 1/3 3/3
**aid [7]** 25/5 25/12 25/16 25/17 25/24 26/20 28/14
**al [2]** 1/7 3/3
**Alabama [2]** 5/21 5/22
**ALI [5]** 1/3 3/3 30/16 30/17 31/5
**alive [1]** 17/22
**all [25]** 5/6 5/9 11/8 12/18 15/4 18/24 18/25 19/13 20/5 20/18 23/21 25/2 25/3 27/17 28/1 29/12 29/18 29/25 32/1 32/1 32/7 33/15 36/16 36/17 36/20
**allegation [1]** 19/11
**allegations [1]** 38/7
**alleged [1]** 18/15
**allied [1]** 36/18
**allow [2]** 12/10 35/1
**ally [4]** 11/21 26/19 27/19 29/5
**almost [1]** 11/10
**alone [1]** 34/15
**already [2]** 4/24 15/13
**also [9]** 4/15 5/7 5/23 19/9 21/21 25/2 26/15 30/10 31/3
**although [3]** 14/13 35/19 36/24
**always [1]** 33/18
**Amendment [3]** 7/4 10/6 32/6
**America [1]** 1/15
**amicus [3]** 1/21 3/16 3/19
**amount [1]** 22/9
**an incredible [1]** 9/25
**analogy [1]** 37/14
**analysis [1]** 30/15
**and/or [1]** 25/25

**another [3]** 5/4 14/14 33/25
**answer [2]** 22/22 23/3
**any [22]** 4/19 5/2 5/24 7/21 9/19 10/24 12/18 15/1 15/19 16/20 17/14 17/17 18/22 18/25 20/21 21/4 21/4 25/16 25/16 28/5 32/9 37/2
**anybody [2]** 24/13 29/3
**anyone [2]** 11/14 12/17
**anything [6]** 11/2 15/7 17/1 18/18 22/19 38/12
**apparent [1]** 19/11
**apparently [4]** 12/9 19/6 20/17 21/25
**Appeals [1]** 33/10
**APPEARANCES [1]** 1/13
**appears [1]** 4/1
**applicable [1]** 21/23
**application [3]** 7/22 32/19 33/21
**applied [1]** 12/24
**apply [1]** 32/20
**applying [1]** 22/11
**approach [1]** 24/20
**approaches [1]** 21/9
**appropriate [16]** 3/22 3/24 4/22 7/24 12/13 15/15 15/15 16/2 24/20 28/15 29/9 35/10 35/12 35/23 36/22 38/11
**Arapaho [1]** 1/16
**are [23]** 4/23 4/24 8/11 8/13 9/6 11/5 11/5 11/21 14/23 14/25 17/24 17/25 18/17 20/13 21/3 21/17 22/3 24/11 26/1 31/6 36/16 36/17 36/18
**area [1]** 15/23
**areas [1]** 11/6
**arguably [1]** 28/7
**argue [1]** 14/16
**arguing [1]** 30/24
**argument [6]** 16/6 20/24 33/5 33/25 34/10 37/8
**arguments [3]** 25/3 28/1 35/4
**Army [2]** 12/3 12/8
**around [1]** 13/9
**as [44]**
**aside [2]** 19/10 20/25
**ask [2]** 3/4 20/20
**asked [3]** 9/10 17/15 22/25
**assert [1]** 36/3
**asserted [1]** 30/22
**assertions [2]**

**A**

assertions... [2]
  18/17 18/20
assess [2]   35/9
  35/11
assistance [1]   23/6
associated [1]   8/3
assume [1]   20/23
assuming [3]   15/16
  26/12 26/14
assumptions [1]
  17/16
at [56]
authorities [1]
  13/11
authority [5]   19/10
  26/4 26/16 26/17
  26/22
automatically [1]
  28/22
available [6]   20/14
  21/7 22/4 22/15
  30/14 31/4
avenue [4]   1/19 2/2
  22/6 22/14
aware [3]   5/22
  13/10 32/1

**B**

back [6]   9/24 11/9
  13/7 13/24 29/11
  35/8
Bankruptcy [1]   2/2
bar [2]   11/25 12/6
based [8]   6/7 6/8
  17/21 24/7 24/8
  24/9 36/21 38/1
basically [2]   10/13
  29/18
basis [2]   27/22
  36/21
be [80]
bears [1]   6/21
became [1]   13/10
because [39]   3/25
  4/22 4/25 6/9 8/3
  8/15 9/15 9/15 11/3
  12/13 13/4 14/2
  15/9 15/15 16/15
  16/19 19/15 20/6
  20/21 25/16 26/16
  26/17 27/13 27/19
  28/4 28/15 30/21
  32/4 32/19 34/5
  34/7 34/11 34/21
  34/23 37/5 37/7
  37/15 37/19 37/22
Because we [1]
  28/15
becomes [1]   33/11
been [22]   5/11 8/4
  9/16 12/14 13/18
  17/25 21/20 22/20
  23/18 27/20 28/24
  30/25 32/13 32/15
  32/18 33/1 35/10
  35/13 36/15 37/13
  37/20 37/23
before [5]   1/11
  19/15 35/9 38/6
  38/12

begin [1]   8/15
beginning [3]   24/25
  33/16 33/16
begun [1]   15/13
behalf [7]   3/7 3/11
  9/8 9/8 12/17 12/25
  34/4
being [19]   11/19
  14/2 14/3 15/19
  16/5 16/9 17/15
  17/17 17/18 23/5
  25/24 27/4 31/17
  34/4 35/20 35/24
  38/3 38/7 38/10
belief [2]   4/7 4/24
believe [8]   4/21
  8/2 22/8 24/15
  28/13 29/7 29/10
  32/18
believes [2]   11/11
  14/10
below [1]   7/1
best [1]   17/21
bestowed [1]   8/25
Beyond [1]   32/24
birth [6]   9/7 9/9
  13/2 20/25 30/12
  32/8
birthright [5]   6/24
  6/25 7/16 7/19 9/22
bit [1]   23/13
black [1]   10/23
blood [1]   31/16
blue [1]   30/24
boom [3]   31/16
  31/16 31/17
border [5]   16/4
  16/9 16/13 16/15
  16/23
born [2]   7/8 9/20
borrows [1]   12/15
both [1]   7/3
breach [2]   34/15
  34/15
brief [4]   5/9 6/1
  18/10 31/25
briefly [3]   5/9
  30/13 31/12
broad [2]   28/3 28/4
burden [1]   6/21
but [38]   4/8 5/9
  5/16 6/13 6/16 7/14
  8/7 8/21 9/8 9/10
  10/16 10/17 12/4
  13/20 14/2 14/8
  14/15 17/8 20/23
  21/16 22/3 22/14
  24/13 24/19 25/9
  26/3 26/10 27/2
  27/15 28/1 29/3
  30/7 30/10 30/18
  31/8 33/17 34/5
  36/3

**C**

C/O [1]   1/22
CA [1]   1/23
called [2]   23/17
  26/10
camp [16]   4/2 4/7
  4/25 5/4 11/4 11/18

in [72]
13/16 15/19 15/19
16/6 17/2 17/6 17/6
17/8 17/19 23/7
camps [1]   17/24
can [22]   6/3 6/12
  6/13 11/8 12/4 12/7
  12/24 17/3 17/8
  17/23 24/16 24/17
  24/18 24/18 25/22
  27/12 27/13 28/10
  28/12 29/7 31/2
  34/11
can't [11]   7/6 7/15
  9/24 10/20 14/18
  24/1 25/13 29/14
  29/19 34/12 36/5
cannot [3]   12/2
  16/14 34/10
cared [1]   17/18
careful [2]   22/23
  24/6
case [29]   3/19 3/22
  3/24 4/1 4/15 4/22
  5/7 8/4 8/19 15/1
  15/1 19/2 19/5
  19/20 21/2 28/14
  30/17 30/19 30/20
  31/8 31/8 33/6
  33/25 35/5 35/11
  35/19 36/21 38/2
  38/7
cases [5]   16/4 29/8
  33/15 33/17 35/14
caught [3]   13/14
  14/2 17/12
cause [2]   24/15
  26/10
cellphones [1]
  12/15
Center [3]   1/15
  1/21 3/16
certainly [2]   17/23
  26/10
certificate [2]   9/7
  22/10
certify [1]   39/3
cetera [5]   10/14
  17/9 17/12 17/22
  25/11
chain [1]   18/16
change [1]   13/23
changed [1]   8/20
changes [1]   16/7
Chapman [1]   1/22
CHARLES [2]   1/14
  3/6
Chief [2]   16/16
  16/20
child [7]   13/4
  17/18 27/3 29/4
  31/14 31/15 36/18
children [1]   8/19
chilling [3]   27/13
  28/9 28/13
CHRISTINA [2]   1/14
  3/8
circuit [1]   33/9
circumstances [6]
  4/20 4/21 8/22
  27/17 29/2 38/5
cited [3]   6/1 18/19

citing [1]   33/19
citizen [16]   4/18
  5/17 6/10 6/13 7/6
  9/22 14/9 15/3 15/3
  20/23 20/24 29/23
  30/2 30/3 36/7
  36/25
citizens [2]   8/20
  37/2
citizenship [29]
  5/8 5/13 5/24 6/2
  6/2 6/3 6/6 6/24
  6/25 7/1 7/10 7/16
  7/16 7/19 8/25 9/5
  9/13 10/5 10/11
  10/18 12/23 14/23
  21/18 29/23 30/4
  31/9 32/3 36/3 36/7
  33/17
civil [3]   1/5 3/4
  33/17
claim [9]   8/9 8/15
  11/1 19/22 21/18
  24/3 25/15 29/10
  37/18
claims [2]   8/14
  23/11
clause [2]   6/4 32/5
clear [5]   6/21
  10/21 26/8 30/10
  33/1
clearly [6]   10/1
  25/21 31/23 31/23
  32/7 32/23
cloaked [1]   34/3
clothing [1]   15/23
co [2]   3/8 3/12
co-counsel [2]   3/8
  3/12
cold [1]   31/16
COLUMBIA [2]   1/1
  31/16
come [7]   5/6 9/24
  11/9 13/7 13/23
  28/7 31/15
comes [2]   20/9 32/1
command [2]   25/20
  25/23
Commander [2]   16/16
  16/20
Commander-in-Chief [2]
  16/16 16/20
commit [2]   34/3
  35/1
committed [3]   11/11
  14/10 23/18
committing [1]
  27/21
common [2]   12/7
  15/22
common-sense [2]
  12/7 15/22
community [1]   14/15
complaint [7]   5/5
  18/18 18/19 18/23
  35/11 35/13 38/7
completely [1]
  10/19
concern [1]   5/10
conclude [3]   8/10
  26/16 26/18

Case 1:19-cv-00445-RBW   Document 17   Filed 03/04/19   Page 42 of 49

**C**

concluding [1]   36/10
conclusion [2]   20/21 26/23
conclusive [1]   31/6
conditions [4]   4/23   11/5 11/5 17/8
conduct [4]   23/20   24/9 24/14 28/7
confidence [1]   24/1
conflict [1]   11/6
Congress [4]   6/16   6/17 9/15 10/1
Congressionally [1]   20/15
consider [3]   28/22   30/6 35/23
consideration [12]   3/23 3/25 7/21 15/8   15/14 16/2 35/5   35/12 35/15 35/25   38/9 38/11
considerations [2]   19/21 19/22
considered [5]   6/18   7/5 7/23 8/25 35/21
considering [1]   27/17
consistently [1]   31/22
constitute [1]   26/2
constitutes [1]   9/16
constitution [3]   2/2 7/3 10/22
Constitutional [3]   1/15 1/21 3/16
consult [1]   24/17
contact [3]   12/14   12/14 13/11
contained [1]   21/16
contemplating [1]   24/14
contest [1]   20/13
context [4]   10/16   15/24 26/8 35/24
control [8]   11/18   13/13 14/5 14/6   25/20 25/23 34/8   35/14
controlled [1]   13/22
convention [2]   34/14 34/15
conviction [2]   27/1   27/2
convinced [1]   37/5
convincing [1]   6/22
correct [2]   18/8   39/4
could [25]   6/16   6/24 7/9 8/23 11/7   11/7 11/8 11/12   11/13 13/12 15/21   16/1 18/16 19/16   21/12 21/19 22/6   24/15 26/21 27/11   27/25 28/6 34/1   34/15 37/16

couldn't [1]   22/9
counsel [6]   3/8   3/12 3/13 18/19   37/8 37/16
counsel's [1]   18/20
countermand [1]   12/4
countries [2]   10/14   34/8
country [9]   21/12   21/14 21/15 22/14   27/5 33/25 34/4   37/11 37/16
course [6]   23/16   23/22 24/6 24/8   32/20 38/5
court [37]   1/1 2/1   3/10 5/9 5/10 5/25   8/17 8/22 9/12 9/13   9/15 10/9 10/11   12/2 14/14 17/23   18/5 18/5 19/8   19/16 21/3 22/6   25/1 28/22 29/3   29/7 30/16 31/4   31/5 31/10 31/10   33/6 33/9 33/10   33/23 34/19 35/14
Court's [7]   6/20   10/22 25/1 25/22   27/11 28/21 29/9
courts [2]   2/2 34/9
create [2]   16/1   36/19
crime [1]   27/21
crimes [2]   23/18   23/18
criminal [12]   11/12   14/10 23/8 23/15   23/16 23/18 23/23   24/16 26/21 26/23   28/6 35/1
criminalized [1]   28/5
CSR [2]   39/3 39/10
curiae [2]   1/21   3/17
current [2]   5/8   36/14
currently [1]   4/2
custody [5]   11/13   12/20 16/17 20/6   26/19
customs [1]   16/23
cut [1]   29/18
cv [1]   1/5

**D**

D.C [1]   7/8
danger [1]   13/13
dangerous [3]   4/23   9/19 34/20
dare [1]   14/13
date [3]   32/2 32/8   39/10
daughter [2]   3/25   27/19
day [1]   28/10
DC [3]   1/6 1/19 2/3
debatable [1]   5/19
December [1]   13/9

decide [2]   31/10   31/10
deciding [2]   7/23   35/22
decision [3]   22/17   25/1 36/13
decisions [3]   10/18   20/7 24/19
declarations [1]   29/18
declaratory [8]   4/15 8/3 21/13   24/21 25/15 28/3   28/13 29/8
declare [1]   29/6
declared [1]   36/6
decree [1]   9/12
defeat [1]   19/22
Defendants [2]   1/8   1/18
defense [1]   27/24
definitive [1]   15/10
deniability [1]   34/4
denied [3]   16/5   16/10 36/2
denies [1]   21/10
deny [1]   38/8
Department [3]   1/18   20/1 31/6
deprivations [1]   11/4
desert [1]   17/10
deserting [1]   14/3
designate [4]   26/4   26/6 26/7 26/14
designated [6]   22/20 25/6 25/7   26/18 27/20 36/15
desire [6]   4/3 4/14   12/19 13/7 14/1   14/4
desired [1]   13/11
despite [2]   21/20   36/25
detained [4]   11/19   27/4 28/19 28/24
detaining [1]   36/18
detention [4]   27/19   28/21 28/22 29/5
determined [2]   11/15 25/2
determining [1]   23/23
developed [1]   14/1
did [7]   3/18 7/15   10/3 13/6 20/5 27/3   33/1
didn't [3]   20/14   33/8 34/7
difference [1]   10/8
different [5]   7/21   8/23 12/10 16/22   30/14
difficult [4]   14/16   14/16 17/8 25/18
diplomat [4]   32/4   32/6 32/7 34/2
diplomatic [14]   19/6 19/24 19/24

decide [2]   31/10   33/4 33/6 33/10   34/16 34/25 37/9   37/11 37/19
diplomats [1]   7/12
direct [1]   11/21
directly [1]   12/17
discharge [1]   34/1
discharged [1]   34/5
discourage [1]   15/5
disobey [1]   16/16
distinguishable [1]   10/19
DISTRICT [6]   1/1   1/1 1/11 2/2 31/4   31/15
do [22]   6/25 7/15   13/12 14/18 15/8   15/16 15/17 16/14   16/18 16/24 19/17   19/18 22/16 22/19   22/23 25/13 26/2   29/7 29/9 29/12   34/24 35/17
documented [1]   32/14
Doe [1]   1/4
does [11]   16/7 23/7   26/3 26/5 26/13   26/14 26/15 32/21   37/9 37/10 37/12
doesn't [4]   6/10   33/21 37/15 37/20
don't [15]   13/15   15/7 15/9 17/1   18/24 22/22 27/2   27/17 27/21 29/3   30/5 31/9 36/11   36/14 37/21
done [3]   10/11 28/5   34/4
door [2]   9/25 34/23
doubt [1]   27/21
down [1]   31/15
drawdown [1]   15/17
Drive [1]   1/23
due [7]   6/4 8/16   8/24 10/5 10/5   14/24 14/24

**E**

earlier [2]   10/17   16/4
EASTMAN [2]   1/21   3/15
easy [1]   29/6
effective [1]   33/11
effort [3]   20/7   21/20 22/2
efforts [4]   11/25   16/18 29/12 29/25
eligible [1]   32/3
else [1]   38/3
emergency [3]   19/1   20/18 25/15
emphasize [1]   19/3
emphasized [3]   18/14 19/20 23/10
encounters [1]   21/18
encourage [1]   15/5

**E**

end [1]   33/17
endangers [1]   11/14
enforcement [1]
26/17
engage [2]   36/10
37/17
enough [1]   25/10
ensure [1]   11/13
entitle [1]   8/10
entitled [7]   4/14
10/4 14/9 14/20
36/7 37/2 39/5
entry [1]   22/11
equal [1]   7/3
equitable [2]   19/21
19/21
equitably [1]   32/10
equities [2]   14/16
31/8
equivalent [3]   5/13
9/12 10/2
error [4]   6/19 6/24
8/21 9/24
escape [2]   13/16
14/5
espionage [2]   34/3
37/17
essentially [1]
23/25
established [2]
15/2 17/25
estopped [1]   32/10
et [7]   1/7 3/3
10/14 17/9 17/12
17/22 25/11
even [7]   15/9 25/14
25/18 31/18 34/11
35/18 36/12
events [1]   23/21
ever [1]   33/10
everybody [1]   36/13
evidence [5]   6/22
17/14 17/17 30/25
37/23
example [2]   7/7
33/20
executed [1]   14/3
exist [1]   27/6
existence [1]   26/20
expedited [20]   3/23
3/24 5/6 5/10 7/20
8/1 15/8 15/14 16/2
18/6 18/10 19/1
30/7 35/5 35/12
35/25 36/21 38/3
38/8 38/11
expedition [1]
19/22
expeditious [1]
4/22
expel [1]   11/16
expire [2]   37/9
37/10
exploit [1]   34/23
express [1]   13/6
expressed [4]   4/3
4/13 12/19 13/9
extend [2]   34/11
34/12

**F**

extended [1]   17/7
extent [1]   17/25
extraordinarily [6]
12/9 27/12 28/9
28/13 28/25 29/15
extraordinary [1]
17/11
extremists [1]   5/1

**F**

F.Supp.3d [1]   30/18
face [1]   24/15
faces [2]   11/9
11/10
facilitate [1]   19/6
facilitating [1]
25/25
facility [1]   17/7
facing [2]   18/22
25/13
fact [15]   4/9 13/21
14/4 16/7 16/12
20/10 21/2 23/1
25/13 31/2 33/14
36/8 36/11 37/1
37/18
factors [5]   7/22
8/2 8/10 15/25
35/21
facts [7]   4/15 5/6
5/7 8/17 18/15
23/19 24/9
factually [1]   24/2
fairly [1]   4/9
faith [1]   11/25
fall [1]   26/24
familiar [1]   26/13
far [3]   13/3 17/8
22/23
fast [1]   4/6
father [7]   4/1
12/21 20/17 23/5
28/16 29/13 30/22
father's [2]   30/7
33/6
favorably [1]   27/9
fear [2]   14/2 29/15
federal [2]   24/16
29/1
few [1]   13/18
Fifth [1]   10/6
filed [1]   35/13
filing [1]   5/5
final [1]   23/4
finally [1]   32/9
finances [1]   26/1
financial [1]   23/6
find [3]   8/13 21/21
34/16
finding [2]   28/2
28/14
finds [3]   20/2
20/16 36/23
first [6]   3/21 8/14
13/6 13/8 24/25
30/15
five [3]   31/16
34/11 34/12
flaw [1]   7/6
flesh [1]   23/13
flow [1]   38/6

**F**

flux [1]   31/14
focusing [1]   18/5
folks [1]   24/16
follow [1]   16/19
food [2]   15/23 17/8
force [1]   19/17
forces [11]   4/6
4/10 4/12 11/21
12/20 15/11 15/13
16/15 20/6 25/23
36/18
foregoing [1]   39/4
foreign [5]   19/24
20/4 20/6 27/4
34/23
forgo [1]   34/19
form [4]   10/24
22/13 24/14 24/14
forth [1]   5/8
forward [2]   3/5
34/20
found [2]   9/16
33/15
four [3]   7/22 8/10
35/21
framework [1]   25/19
France [1]   7/14
frankly [1]   13/3
free [7]   17/16
11/20 12/3 12/8
17/7 20/5 25/23
freely [1]   20/4
friend [6]   1/3 4/1
12/12 12/13 12/22
18/15
full [1]   34/5
fully [1]   34/3
fundamental [2]
14/24 14/24
funds [2]   27/13
27/18
Fung [3]   5/25 8/18
8/18
fungible [1]   27/13
further [2]   9/14
28/6
future [3]   15/17
36/3 38/10

**G**

gave [1]   10/2
get [8]   9/14 12/8
19/14 20/15 24/18
27/1 27/2 29/11
getting [5]   18/12
22/3 22/10 22/23
24/13
give [7]   7/7 12/9
15/8 17/22 31/20
34/8 35/4
given [7]   7/13 9/22
19/23 25/19 35/15
37/12 37/20
go [4]   8/13 15/25
20/8 31/7
goes [1]   27/15
going [17]   13/18
15/18 15/20 16/20
17/9 22/18 22/24
27/6 27/18 28/1
29/9 30/5 33/5

**F**

flux [1]   31/14   36/16 36/16
36/19
gone [1]   12/11
good [10]   3/6 3/9
3/13 3/18 11/24
11/25 12/21 35/17
37/14 37/16
got [1]   27/2
Government [9]   6/21
9/4 10/20 18/2 18/3
21/10 23/1 23/14
25/3
Government's [2]
13/16 33/25
grant [2]   3/18 19/8
granting [1]   9/2
great [2]   18/15
18/17
greater [1]   22/18
grip [1]   13/21
ground [2]   15/14
21/11
group [1]   25/5
guaranteed [1]   4/9
guarded [1]   17/7

**H**

had [18]   4/24 8/18
8/21 14/1 14/3 14/7
14/14 21/13 21/14
25/2 31/15 32/12
32/15 32/18 32/24
33/2 35/11 37/20
Hague [2]   10/12
10/16
hand [1]   11/10
happen [3]   6/16
11/8 24/2
happened [4]   6/23
23/21 24/5 24/9
happens [4]   6/17
16/17 16/18 23/22
harder [1]   22/13
harm [19]   4/23 11/1
11/1 11/9 11/11
16/5 16/10 18/22
18/25 29/21 29/22
34/24 36/2 36/4
36/4 36/4 36/5 36/8
36/11
harmed [1]   37/24
harms [1]   11/15
has [40]
hasn't [3]   20/14
21/23 37/23
have [43]
haven't [1]   20/22
having [9]   5/1 9/22
28/2 29/13 29/13
31/14 31/15 33/1
34/1
he [25]   12/22 12/23
12/25 23/7 23/7
25/12 25/13 26/5
26/9 26/13 26/14
26/15 26/22 28/19
28/23 29/14 29/14
31/17 31/18 31/19
32/3 32/4 32/7
32/18 32/19
he's [6]   26/17

## H

he's... [5]   26/18
27/20 28/18 32/2
32/20
headed [2]   17/10
17/11
hear [1]   18/2
heard [1]   36/12
hearing [3]   1/10
5/23 10/21
held [5]   6/20 8/22
15/19 31/5 31/19
help [2]   27/5 29/4
her [77]
here [18]   7/8 10/3
10/22 12/13 16/2
18/13 19/4 19/22
20/8 20/16 21/20
21/23 29/3 30/25
31/15 34/21 35/24
36/11
hers [1]   13/3
herself [5]   20/2
20/16 36/24 36/24
37/1
highest [1]   9/1
highly [1]   27/7
him [1]   26/7
hinge [1]   4/6
his [11]   18/19
25/13 26/17 31/17
32/4 32/5 32/11
32/12 32/13 32/15
33/8
Ho [3]   5/25 8/18
8/18
hoc [2]   10/20 31/21
Hoda [5]   1/3 3/25
18/20 33/7 34/19
hold [3]   4/14 22/1
33/24
holds [1]   5/25
home [1]   5/21
Honor [42]
HONORABLE [1]   1/11
HOOK [3]   2/1 39/3
39/10
how [14]   4/6 7/20
10/9 11/1 13/20
15/16 15/17 15/19
17/1 19/25 22/1
24/19 27/2 35/14
however [2]   8/6
16/13
humanitarian [8]
17/24 25/2 25/4
25/5 25/19 27/12
28/2 29/8
hypothetical [2]
23/10 24/2

## I

I'd [4]   3/4 18/9
19/3 36/10
I'll [3]   18/3 35/5
35/6
I'm [15]   3/11 7/7
17/15 17/20 20/21
22/3 23/2 23/2
26/13 27/25 30/5
32/13 33/5 36/13

I've [4]   20/19
20/21 33/15 36/12
i.e [1]   37/9
idea [6]   8/16 14/14
14/21 28/10 29/20
32/25
identified [1]
12/16
identify [2]   3/5
23/25
identity [1]   22/10
if [47]
ill [1]   34/24
Imagine [1]   9/19
immediate [3]   4/23
11/6 37/24
immediately [2]
10/4 11/13
imminent [2]   18/22
18/25
immune [1]   31/18
immunity [7]   19/25
31/8 32/5 33/4 33/7
34/16 37/19
impact [1]   15/18
implication [1]
34/10
implications [1]
32/21
importance [1]
19/25
important [2]   18/13
19/2
impossibility [1]
16/1
impossible [1]   9/10
impunity [1]   34/6
in [191]
inability [2]   15/24
25/13
inappropriate [1]
38/2
inappropriately [1]
27/4
inception [1]   36/7
inclined [1]   37/7
included [1]   18/16
incomplete [1]   24/2
incredible [2]   9/25
14/12
incredibly [4]   9/19
28/4 30/14 34/20
Indeed [1]   12/6
indicate [1]   13/11
indicated [1]   4/11
indicates [1]   9/4
indication [4]
18/21 18/25 19/13
35/20
indications [1]
20/5
indict [1]   14/13
indicted [2]   28/10
28/18
individual [3]
26/15 27/15 37/11
individually [1]
1/3
infant [1]   13/4
information [2]   4/7

inherent [1]   14/25
initials [1]   1/4
injunction [1]
25/16
injunctive [9]   7/22
8/1 8/11 11/24
11/24 29/10 29/20
35/20 35/22
inside [8]   6/16
7/25 10/8 11/4
14/25 26/7 29/20
30/15
instead [2]   21/21
31/14
intent [3]   32/24
33/2 33/2
intention [1]   4/11
interest [2]   12/22
12/23
interests [1]   14/25
intermittent [1]
12/15
interpretations [1]
10/22
interview [2]   13/19
17/22
interviews [2]
12/10 13/25
into [9]   5/14 9/18
11/13 16/17 17/10
17/10 17/11 23/14
24/13
investigate [1]
23/17
investigation [1]
24/4
investigations [1]
23/23
investigators [1]
23/16
involved [2]   19/23
33/17
involves [5]   19/20
21/15 22/8 22/10
24/5
involving [1]   19/2
irreparable [7]
11/1 11/1 16/5
16/10 36/4 36/4
36/11
irreparably [1]
37/24
is [142]
is to [1]   11/24
ISIS [5]   5/1 5/1
12/19 13/13 13/21
ISIS's [1]   14/4
isn't [1]   30/2
issuance [2]   7/17
13/2
issue [11]   7/19
10/25 12/2 19/10
20/22 30/4 30/5
30/6 33/10 36/1
37/22
issued [3]   5/11
6/24 7/9
issues [4]   19/2
19/23 20/25 23/12
issuing [1]   9/7

it's [25]   6/15 6/19
8/3 11/15 14/4
15/15 18/16 21/8
24/7 24/8 24/9
24/19 25/10 26/8
26/23 29/22 30/24
31/1 31/9 31/21
35/12 36/22 37/10
37/14 37/14
its [5]   4/10 4/17
10/14 12/3 13/21
itself [3]   9/11
24/17 28/12

## J

jail [2]   25/14
28/11
JEFF [3]   2/1 39/3
39/10
jeopardize [1]
14/11
Jersey [2]   9/7 9/9
John [3]   1/4 1/21
3/15
joined [1]   3/12
joining [1]   20/4
judge [2]   1/11 29/2
judgment [2]   24/6
24/21
judicial [12]   6/4
6/22 8/4 8/24 9/1
10/5 10/21 14/19
21/9 22/9 22/13
29/24
JUMP [2]   1/14 3/8
jurisdiction [3]
12/4 33/8 34/9
jurisdictional [3]
31/8 32/5 34/21
Jurisprudence [2]
1/22 3/16
jury [1]   27/9
just [13]   6/9 11/2
18/15 19/9 19/15
20/19 20/20 22/25
31/12 36/9 36/22
37/22 37/22
Justice [1]   1/18
justiciability [1]
19/9 24/11
justify [1]   19/1

## K

Keep [1]   17/9
killed [1]   11/8
kind [9]   14/6 18/16
18/22 19/14 21/6
21/7 23/12 24/2
24/21
kinds [1]   15/4
knew [2]   5/16 5/20
know [20]   7/13
10/16 12/18 15/7
15/9 15/16 15/17
16/3 16/13 17/1
17/10 17/21 22/16
22/19 22/22 22/25
30/5 32/12 36/12
36/15
knowledge [7]   11/20
13/1 13/3 13/15
23/19 33/14 34/5

**L**

language [2]   10/21 27/12
last [1]   24/25
lastly [1]   19/19
later [1]   8/20
latter [1]   37/15
law [13]   1/15 1/22 10/23 25/2 25/4 25/19 26/17 27/12 27/18 29/19 29/22 29/24 34/7
lawful [2]   27/14 28/5
lawyer [4]   24/18 27/15 27/16 27/16
lead [1]   22/9
learned [2]   13/17 34/1
leave [8]   4/8 9/23 14/1 16/6 17/3 17/4 28/15 33/2
leaves [2]   9/20 9/21
leaving [1]   20/3
left [2]   21/14 22/14
less [2]   6/4 6/25
let [4]   16/24 18/2 18/3 20/20
let's [2]   10/25 20/23
letter [7]   5/20 6/5 7/10 7/15 10/14 10/23 14/19
liability [1]   23/23
liberty [4]   8/25 10/7 10/18 14/25
life [1]   5/1
like [3]   24/13 30/7 31/7
likelihood [2]   30/16 37/6
likely [2]   13/20 18/25
likes [1]   20/17
line [1]   29/8
litigation [1]   38/6
little [2]   23/13 28/24
livelihood [1]   25/25
lock [2]   29/2 29/4
locked [1]   28/17
long [2]   25/22 25/24
longer [5]   20/17 25/20 29/22 31/19 33/3
look [16]   8/15 14/8 14/14 14/21 15/21 23/17 23/19 23/19 23/20 23/20 27/9 27/11 27/13 30/15 30/16 31/2
looked [1]   10/12
looking [2]   15/25 23/14
lose [1]   11/8
losing [1]   13/21

loss [1]   14/4
lost [2]   14/6 34/16
lot [4]   17/15 19/20 36/9 37/4
lower [1]   6/25

**M**

made [5]   5/2 25/3 27/3 33/25 35/24
make [11]   12/10 16/7 16/18 16/20 24/19 25/18 26/23 33/21 35/6 37/15 37/21
makes [4]   7/1 32/3 37/8 37/16
mandated [1]   20/15
manner [2]   30/7 38/3
many [4]   7/13 14/5 18/15 18/17
March [1]   1/7
material [1]   26/2
matter [4]   16/17 16/18 30/6 39/5
matter's [1]   19/25
matters [1]   31/7
may [11]   3/10 4/5 7/25 13/20 15/4 18/4 18/16 20/25 22/24 24/1 27/10 29/1
maybe [3]   27/1 27/3 29/1
me [19]   3/7 7/9 7/10 8/7 8/8 18/2 20/20 26/25 27/23 35/18 36/1 36/5 36/21 37/8 37/20 37/24 38/1 38/2 38/3
mean [7]   6/10 17/2 17/14 17/15 19/4 30/4 36/25
means [6]   22/5 22/6 29/17 29/17 36/16 36/17
meant [2]   28/4 34/24
mechanism [3]   14/12 21/7 21/9
mechanisms [4]   21/17 21/19 21/24 22/3
media [2]   12/11 18/21
members [2]   12/11 34/2
mentioned [1]   20/19
merits [4]   8/14 35/10 37/7 38/6
MICHAEL [2]   1/7 3/3
middle [1]   17/12
might [13]   4/8 14/11 14/21 18/16 22/1 23/12 27/1 28/10 29/2 30/15 31/7 37/5 37/7
milder [1]   17/10
military [1]   16/15
mind [4]   8/20 13/23 17/9 23/21

minimal [1]   14/2
minor [2]   1/4 13/4
mislead [1]   33/5
mistake [1]   27/3
moment [1]   12/12
money [1]   27/5
months [3]   7/12 13/18 34/11
more [5]   11/2 20/12 21/15 25/18 36/19
morning [5]   3/2 3/6 3/9 3/13 3/18
most [1]   18/13
mother [1]   33/3
MOTIONS [1]   1/10
move [2]   4/2 19/14
movement [1]   17/7
moving [1]   4/9
Mr. [2]   28/8 31/14
Mr. Muthana [1]   31/14
Mr. Muthana's [1]   28/8
Ms. [4]   19/7 20/2 20/9 25/8
Ms. Muthana [2]   20/2 25/8
Ms. Muthana's [2]   19/7 20/9
multiple [1]   7/9
murdered [1]   31/16
Muslims [1]   1/15
must [2]   28/23 31/10
MUTHANA [9]   1/3 1/4 3/3 3/25 18/21 20/2 25/8 31/14 34/19
Muthana's [3]   19/7 20/9 28/8
my [13]   3/7 3/12 7/10 13/8 13/15 13/17 13/25 15/12 18/15 30/22 30/22 33/14 35/6

**N**

namely [1]   4/17
national [2]   21/11 21/12
nations [1]   34/23
naturalization [3]   5/14 9/12 9/17
naturalized [3]   6/19 6/19 7/1
nature [1]   23/11
near [1]   15/17
need [5]   3/21 5/10 9/14 10/8 19/14
negotiate [1]   19/13
negotiations [2]   19/6 19/24
never [2]   10/10 26/25
nevertheless [3]   27/11 28/1 33/8
New [2]   9/7 9/9
news [2]   18/18 18/18
next [5]   1/3 4/1 12/12 12/13 12/22
Ng [3]   5/25 8/18

minimal [1]   14/2
no [34]   1/5 6/4 7/1 8/4 9/6 9/14 10/11 10/17 11/11 11/14 12/5 12/6 12/14 12/15 16/14 16/15 16/17 16/18 16/18 16/22 18/21 19/7 19/10 19/13 20/16 25/20 26/22 29/17 29/17 31/1 31/19 31/20 33/3 33/14
non [1]   6/13
nonetheless [4]   35/23 36/25 37/2 37/17
nope [1]   9/24
normal [3]   24/8 38/5 38/9
normally [1]   35/14
not [69]
nothing [1]   19/15
notice [2]   21/20 24/17
notification [8]   20/10 20/12 30/21 33/13 34/7 34/13 37/12 37/20
notified [3]   30/11 30/22 30/23
notify [1]   34/14
novel [1]   10/24
now [8]   6/21 16/13 20/16 21/3 22/19 25/16 31/5 34/13
number [5]   3/4 4/12 18/12 27/6 36/11
NW [2]   1/19 2/2

**O**

obviously [5]   35/11 35/13 36/1 36/8 36/25
occasions [2]   5/11 10/3
occur [3]   33/22 36/16 37/12
occurred [1]   33/20
occurs [4]   15/17 33/11 33/12 36/2
October [1]   20/3
off [2]   29/18 35/7
office [2]   31/25 32/2
official [2]   2/1 26/18
officials [2]   4/17 16/23
okay [1]   35/3
on [72]
once [6]   6/1 6/2 6/22 8/17 8/25 22/13
one [19]   1/23 3/25 4/25 5/4 6/11 10/21 13/18 14/13 18/13 19/2 21/8 24/10 26/8 27/7 27/11 30/15 30/22 34/1 36/11
only [9]   6/3 6/12

**O**

only... [7]  7/18
  8/23 16/7 25/24
  29/10 33/15 35/16
open [2]  9/25 34/22
operate [2]  17/15
  34/6
operates [1]  17/2
operational [1]  7/6
opinion [2]  23/12
  24/12
opponent [1]  22/16
opportunity [1]
  21/21
opposite [2]  30/19
  31/3
option [2]  17/3
  21/14
or [44]
Orange [1]  1/23
order [5]  8/7 9/1
  12/2 25/22 29/25
ordered [1]  29/25
orders [2]  16/19
  16/20
ordinary [1]  23/16
organization [5]
  20/4 25/6 25/8
  25/21 26/7
originally [1]
  12/24
other [6]  9/2 9/3
  9/6 10/14 11/10
  37/2
others [5]  8/23 9/6
  13/9 16/16 20/19
otherwise [5]  8/8
  9/19 28/5 34/10
  38/4
our [12]  5/3 5/4
  5/9 6/1 11/20 15/14
  17/5 18/10 23/9
  23/25 29/17 30/17
ourselves [1]  21/21
out [6]  23/13 28/21
  31/25 32/20 34/2
  34/18
outlined [1]  5/9
outside [6]  5/23
  12/3 18/17 21/14
  26/17 29/7
over [3]  12/11 14/7
  34/9
overflowing [1]
  18/1
overseas [1]  11/12
own [2]  18/20 20/5

**P**

p.m [2]  35/8 38/13
papers [1]  23/9
parents [3]  7/11
  13/9 30/23
part [42]
particularly [4]
  15/15 19/1 19/23
  31/7
parties [2]  3/4
  32/7
parties' [1]  35/4
parts [3]  12/6

party's [1]  35/16
passes [1]  7/18
passport [13]  5/11
  6/8 6/10 6/14 7/17
  9/23 10/3 10/13
  12/24 13/2 20/9
  20/11 29/13
passports [5]  7/9
  7/13 9/3 10/9 10/10
past [1]  23/22
penal [1]  28/25
Pennsylvania [1]
  1/19
people [2]  14/2
  31/16
perfectly [1]  27/14
perhaps [1]  31/17
period [5]  11/23
  28/12 31/1 33/16
  34/12
periods [1]  25/17
permanent [1]  32/17
permit [1]  4/19
permits [2]  26/6
  26/7
permitted [2]  14/5
  23/5
permitting [1]  8/2
person [16]  9/20
  9/20 16/24 21/10
  23/20 25/8 26/4
  26/7 26/11 26/18
  26/20 29/15 34/2
  34/6 37/17 37/19
Persons [1]  28/23
petitioners [1]
  8/19
Physically [1]  4/5
piece [1]  18/6
place [1]  13/12
plaintiff [5]  3/22
  19/5 19/17 20/17
  30/21
plaintiff's [1]
  37/8
plaintiffs [3]  1/5
  1/14 3/7
pleaded [1]  18/18
pleadings [2]  12/16
  30/18
please [3]  3/5 3/10
  18/5
plight [1]  36/23
point [14]  4/8 7/5
  9/18 19/2 19/3 22/3
  23/15 25/1 31/25
  33/17 33/23 36/19
  37/16 37/23
points [2]  19/20
  23/25
policy [2]  19/24
  33/23
POMPEO [2]  1/7 3/3
population [1]  14/7
port [1]  22/11
posed [1]  14/15
position [23]  4/13
  4/16 8/16 12/5
  23/25 29/14 30/19
  30/20 30/24 31/1

31/19 31/20 31/21
  31/23 32/6 32/20
  33/18 33/19 34/25
  35/16
positions [2]  14/6
  30/14
possible [5]  4/8
  6/15 6/19 26/1
  29/11
post [2]  10/20
  31/21
potential [4]  21/14
  21/17 22/12 23/18
potentially [4]
  6/15 21/19 25/14
  27/25
precarious [1]  4/13
precedent [2]  34/21
  34/22
preclude [1]  26/12
preliminary [1]
  8/11
presence [1]  8/2
present [2]  4/6
  5/22
presented [3]  37/23
  38/3 38/10
President [3]  4/18
  12/4 16/24
press [1]  36/13
presumed [1]  30/2
presumption [2]
  10/4 28/20
presumptive [1]
  29/23
presumptively [2]
  6/11 20/22
pretty [1]  12/8
previously [2]  8/18
  8/21
prior [2]  5/11 14/1
privilege [1]  21/11
probably [1]  26/25
problems [6]  20/19
  23/11 23/24 24/11
  24/12 24/12
procedure [1]  21/15
proceed [5]  3/19
  24/19 35/14 38/2
  38/9
proceeding [1]  32/9
proceedings [3]  8/5
  38/13 39/5
proceeds [1]  4/6
process [27]  6/4
  6/4 6/22 8/4 8/8
  8/16 8/24 9/23 10/5
  10/5 14/20 14/20
  14/24 14/25 15/6
  28/6 28/12 29/16
  29/24 30/1 30/2
  31/22 32/4 32/19
  34/17 34/22 35/15
properly [1]  17/18
property [3]  9/1
  10/7 10/19
prosecute [1]  27/8
prosecuted [3]
  26/21 27/6 27/8
prosecuting [1]

prosecution [5]
  15/4 23/8 27/22
  29/16 31/18
prosecutor [1]  27/7
prosecutorial [1]
  24/6
prosecutors [1]
  23/17
prospective [1]
  3/16
protected [1]  37/19
provide [8]  17/23
  21/4 22/6 23/5
  24/17 25/5 25/12
  26/20
provided [2]  28/2
  28/23
provides [2]  21/8
  21/9
providing [1]  27/18
prudent [2]  24/20
  26/11
prudential [1]
  24/12
public's [1]  14/12
purportedly [1]
  12/18
purpose [2]  14/8
  27/14
purposes [2]  25/24
  26/1
pursue [2]  21/19
  21/20
put [8]  11/13 22/18
  29/13 30/25 34/25
  36/21 36/24 37/1
putting [2]  19/9
  20/25

**Q**

question [7]  5/20
  9/10 9/21 20/20
  35/4 37/5 37/6
questioning [1]
  5/17
questions [3]  18/13
  24/5 37/4
quickly [2]  4/10
  19/14
quite [1]  13/3
quote [1]  14/2

**R**

raised [2]  35/10
  38/7
Rd [1]  1/16
re [1]  3/3
reach [4]  16/12
  16/14 30/5 38/6
reached [1]  20/21
read [1]  24/16
readily [1]  21/6
really [6]  7/18
  9/14 10/23 19/13
  19/22 37/21
reason [3]  5/3
  31/20 35/17
reasonable [3]
  29/12 29/15 33/21
reasonableness [2]
  31/11 31/13

**R**

reasons [1]  18/12
recaptured [1]  11/7
receive [2]  6/13
 25/17
receives [1]  6/9
recently [1]  17/25
recess [2]  35/6
 38/12
recognition [2]
 5/13 5/14
recognize [1]  12/2
recognized [7]  6/1
 6/3 6/6 7/17 8/17
 10/1 10/3
record [5]  3/5
 19/15 35/7 35/8
 39/4
reference [1]  37/4
reflect [1]  18/20
reflects [1]  18/19
refugee [8]  4/2
 11/4 11/18 13/17
 16/6 17/2 17/18
 23/7
refugees [1]  17/12
REGGIE [1]  1/11
relative [1]  32/18
release [1]  19/7
released [1]  14/15
relief [29]  4/15
 4/22 5/7 5/10 7/22
 7/24 8/1 8/3 8/11
 11/24 15/9 19/4
 19/4 21/4 21/13
 22/7 23/4 25/4
 25/15 28/2 28/3
 28/14 29/8 29/10
 29/21 30/17 35/20
 35/22 37/25
remain [4]  17/2
 17/6 32/24 33/3
remedied [1]  36/5
remedy [2]  20/15
 20/18
remnants [1]  11/21
removal [1]  15/24
remove [1]  36/14
removed [3]  6/3
 36/17 36/17
renounced [2]  5/1
 12/18
report [1]  18/19
Reported [1]  2/1
Reporter [1]  2/1
reports [2]  17/21
 18/18
request [7]  3/18
 7/20 7/21 8/1 35/19
 35/24 38/8
requested [3]  23/5
 35/19 35/21
requesting [1]  15/9
required [3]  16/19
 17/2 17/6
requires [2]  6/4
 34/14
requiring [1]  9/1
resident [1]  32/17
resolved [1]  20/15

respective [1]
 35/16
respond [1]  18/3
Response [1]  24/24
result [6]  13/21
 13/23 19/15 20/3
 33/11 33/12
retrospectively [1]
 24/5
return [22]  4/3 4/3
 4/5 4/14 4/19 8/17
 11/12 12/1 12/6
 12/6 12/20 12/23
 14/9 14/23 15/1
 15/2 15/3 16/1
 16/17 25/25 26/1
 30/1
returning [1]  15/3
 29/20
review [3]  21/9
 22/10 22/13
revocation [5]
 10/10 10/11 20/8
 20/11 21/18
revoke [1]  28/23
revoked [4]  6/12
 7/14 8/24 29/13
Richardson [1]  1/16
rid [1]  12/8
right [20]  5/8 5/18
 6/14 8/24 9/1 10/2
 10/7 10/12 10/13
 10/19 14/23 15/2
 15/3 16/13 21/10
 25/12 26/13 26/14
 29/23 36/3
rights [3]  7/1
 29/18 37/2
risk [3]  22/18
 24/15 36/19
Room [1]  2/3
route [1]  8/13
RPR [2]  39/3 39/10
rules [2]  35/13
 35/17
ruling [2]  34/1
 35/6

**S**

sabotage [1]  34/3
safe [1]  11/5
safety [1]  14/12
said [9]  6/16 6/17
 8/20 9/15 10/16
 25/9 25/11 29/16
 32/2
sake [1]  20/23
same [9]  6/18 7/25
 9/16 21/3 25/3 25/3
 26/5 31/25 32/1
satisfied [2]  8/11
 8/14
say [13]  6/5 6/6
 6/23 7/7 9/24 14/13
 14/18 16/12 17/20
 24/10 24/13 28/1
 37/14
saying [7]  7/10
 8/17 17/24 18/10
 21/3 21/22 31/13
says [6]  9/11 9/14

18/4 21/16 28/16
 28/21
School [1]  1/22
SCOTT [2]  1/18 3/10
second [1]  19/3
Secretary [8]  4/17
 12/5 16/24 25/9
 26/3 26/6 26/8
 27/20
secure [3]  11/5
 14/12 19/7
security [1]  15/18
see [1]  27/2
seek [2]  11/23
 24/20
seeking [4]  16/6
 19/17 20/18 25/4
seeks [1]  27/16
seem [1]  37/20
seems [16]  8/7 12/8
 17/15 22/17 26/16
 26/25 27/23 30/7
 30/10 35/18 36/1
 36/4 36/20 36/20
 37/8 38/1
send [3]  12/16 34/2
 34/7
sending [1]  27/5
sense [8]  7/2 12/7
 15/22 16/7 32/3
 33/21 37/15 37/21
sent [2]  5/20 20/12
serious [3]  23/10
 23/11 23/12
seriously [1]  27/22
serves [1]  28/8
set [6]  5/6 5/8
 23/1 31/20 34/21
 34/22
sets [1]  9/18
several [2]  3/12
 18/11
shape [1]  10/24
she [87]
She'd [1]  14/3
she's [24]  4/3 4/14
 4/18 4/24 5/11 6/10
 11/11 11/19 14/9
 14/9 14/10 15/9
 15/19 16/6 17/21
 18/22 20/6 21/2
 23/6 25/9 25/16
 25/20 25/21 27/19
sheets [1]  30/25
shelter [1]  17/9
short [1]  35/5
should [10]  11/16
 15/5 15/8 25/12
 28/22 29/24 30/6
 32/10 34/19 35/4
show [1]  37/24
showing [1]  19/10
significant [4]
 11/4 11/7 11/9 13/1
similar [2]  12/22
 12/23
simply [4]  7/6 7/10
 26/9 32/25
since [2]  12/9
 31/22
sit [2]  6/23 11/23

sits [2]  28/21
 32/25
sitting [2]  16/9
 16/23
situated [1]  15/1
situation [12]  11/6
 12/25 15/14 20/2
 20/16 21/3 21/5
 22/4 25/18 36/9
 36/24 37/1
so [30]  6/5 6/25
 7/5 9/14 10/2 11/9
 13/17 15/1 15/1
 16/18 16/22 18/11
 18/23 19/13 21/17
 21/22 24/10 25/22
 25/22 25/24 28/3
 28/8 29/12 32/11
 32/21 34/14 35/15
 38/1 38/4 38/8
solely [1]  8/15
some [18]  12/7
 13/13 14/4 15/10
 17/23 19/14 20/25
 22/9 22/13 22/20
 23/6 23/14 24/14
 24/15 27/5 28/10
 29/1 36/5
somebody [7]  21/17
 22/14 24/18 24/20
 29/2 29/4 34/25
somebody's [1]  3/14
somehow [1]  16/7
someone [7]  6/2
 8/10 14/21 21/4
 21/11 23/15 36/2
someplace [1]  27/1
something [8]  15/5
 20/9 24/7 24/8 27/3
 35/23 38/3 38/10
soon [1]  29/11
sort [5]  19/7 19/8
 22/4 24/4 24/12
sorts [1]  22/12
sought [5]  13/12
 19/4 19/5 21/23
 21/25
speculation [4]
 18/17 18/24 36/10
 36/22
speculative [9]
 4/16 10/24 11/2
 13/20 16/11 16/11
 18/14 25/11 36/20
stage [1]  23/10
standing [5]  12/12
 12/21 23/11 23/24
 24/11
stands [1]  12/21
start [4]  16/17
 18/6 18/9 18/23
state [13]  4/17 9/9
 16/24 18/24 20/1
 23/21 24/1 25/9
 26/3 26/6 26/9
 27/20 31/6
State's [1]  12/5
statements [2]  9/3
 31/6
STATES [61]
States' [2]  11/14

## S

States'... [1]
22/17
status [14]   5/17
7/3 9/16 30/8 32/11
32/13 32/21 32/23
32/25 33/11 37/9
37/11 37/12 37/17
statute [13]   5/12
7/17 9/11 9/13 10/1
24/16 24/16 25/9
26/5 26/6 26/14
28/3 28/25
statutes [1]   7/13
stay [1]   7/14
stays [1]   29/22
stead [1]   12/21
step [2]   3/4 22/10
steps [6]   12/5
20/13 20/13 20/14
21/15 22/9
STEWART [2]   1/18
3/11
still [2]   13/13
37/19
story [1]   24/3
strangeness [1]
19/4
strength [1]   25/14
strengthens [2]
16/8 29/10
strip [3]   7/10 10/6
14/22
stripped [1]   11/16
strong [2]   8/14
28/20
strongest [1]   28/23
strongly [1]   30/16
structured [1]
25/22
stuck [1]   25/16
subject [3]   15/4
23/7 33/7
subsection [1]
21/16
subsequent [1]   5/5
substantial [2]
4/12 37/6
substitute [3]   5/24
10/20 14/19
success [1]   37/6
such [2]   19/2 25/25
suddenly [1]   20/18
sue [1]   21/13
suffer [1]   16/3
suffering [1]   16/5
suffers [3]   4/23
11/4 29/21
sufficient [1]
37/23
suggest [5]   19/16
22/17 30/16 38/4
38/10
suggesting [1]
20/21
suggestion [1]   21/1
Suite [1]   1/16
suits [1]   33/18
superior [1]   13/3
supplies [1]   15/23

supported [1]   11/22
Supreme [8]   5/25
6/20 8/16 10/9
10/22 25/1 27/11
33/9
sure [5]   18/9 23/2
23/2 32/13 36/13
surrender [2]   13/12
13/14
SWIFT [2]   1/14 3/7
Syria [8]   4/2 4/11
15/11 19/12 20/5
22/18 22/21 36/14
Syrian [4]   11/20
12/3 12/8 25/23

## T

take [6]   12/5 12/6
16/16 20/14 31/20
35/5
taken [6]   4/16 6/24
31/3 31/21 33/18
33/19
takes [1]   30/14
telephone [2]   1/21
3/14
television [1]
12/10
temptation [1]
34/18 34/20
terminate [2]   35/1
37/16
terminated [6]   30/8
30/8 31/17 32/2
37/10 37/13
termination [8]
30/11 31/22 32/24
33/12 33/20 33/22
34/12 34/13
territory [2]   13/22
14/5
terrorism [1]   26/2
terrorist [10]   20/4
25/6 25/8 25/10
25/21 26/4 26/10
26/15 26/19 27/21
than [10]   7/21 8/23
9/2 9/6 9/14 11/2
16/22 20/12 22/18
30/15
Thank [5]   3/20 18/4
24/22 24/23 38/12
that's [23]   4/9
5/12 5/19 6/22 7/18
9/10 9/11 9/13 12/3
15/18 15/19 18/8
19/2 23/14 23/22
29/7 30/25 31/4
34/9 35/13 35/24
36/15 36/19
their [8]   8/20
10/17 24/19 26/20
29/4 30/23 34/2
34/10
them [17]   5/2 8/21
9/22 11/21 13/12
14/22 21/20 22/1
24/15 27/5 27/5
34/5 34/14 34/25
35/1 35/1 35/1

themselves [1]   15/4
then [9]   8/20 9/21
10/4 13/4 13/10
13/16 29/16 36/8
37/18
theory [1]   10/24
there [30]   5/23
6/23 9/6 12/13
15/10 17/3 17/11
17/14 17/17 21/17
21/19 22/2 22/3
22/12 22/14 24/11
24/19 25/5 25/11
27/22 27/23 28/21
29/22 31/5 33/5
35/17 35/18 36/2
36/11 37/22
there's [20]   8/4
16/14 16/15 18/21
19/7 19/10 19/13
19/15 21/6 21/21
22/19 24/11 24/12
29/1 29/24 31/19
35/20 36/9 36/15
37/4
therefore [4]   12/24
13/22 14/22 16/2
they [37]   4/19 5/20
7/15 8/13 8/20 8/21
8/23 8/23 9/4 10/3
10/12 10/16 11/12
11/13 12/5 14/6
14/11 16/18 22/1
23/17 23/19 23/19
23/20 23/20 24/15
24/17 24/18 24/18
27/8 27/13 30/20
31/20 32/2 32/23
33/1 33/2 34/7
they'd [2]   14/7
34/14
they're [8]   9/22
12/9 16/19 16/20
21/22 27/4 29/5
34/4
they've [5]   5/2
10/10 17/25 31/2
31/21
thing [4]   3/21 19/8
22/13 24/4
things [6]   11/8
18/6 18/13 18/24
22/12 23/21
think [26]   3/21
7/11 8/13 12/7
13/15 15/21 16/4
18/12 19/19 21/6
23/12 27/6 27/8
27/17 27/21 28/8
29/3 31/12 35/3
36/9 37/5 37/14
37/15 37/21 37/22
38/4
Thinking [1]   33/23
third [1]   34/8
though [3]   31/19
35/18 36/12
thought [1]   28/6
threat [2]   14/15
14/21
threats [2]   4/25

three [6]   5/17 7/12
20/12 28/11 28/17
28/24
through [7]   4/17
12/15 17/10 22/5
28/12 32/17 35/14
throughout [1]
11/22
Thus [1]   28/13
tied [2]   32/5 32/6
time [20]   5/22 7/18
9/7 11/23 13/1 13/2
14/4 20/25 22/2
23/20 25/17 28/12
28/24 31/2 32/11
32/12 33/4 33/16
37/10 37/22
times [1]   7/14
timetable [5]   15/10
22/20 23/1 36/12
36/15
today [1]   16/9
told [2]   16/23
20/11
too [1]   22/23
took [4]   30/19
30/20 31/1 31/24
top [1]   20/7
total [1]   15/16
toward [1]   31/7
track [1]   38/9
traditional [1]
21/7
transcript [2]   1/10
39/4
transfer [1]   5/3
transferred [2]
4/25 5/5
transpired [1]   13/1
travel [5]   10/12
10/13 10/15 11/14
29/17
traveling [1]   22/11
treated [2]   10/9
10/10
treatment [3]   18/6
18/11 19/1
tried [1]   13/10
TRO [4]   7/21 8/11
35/19 35/22
troops [5]   22/18
22/20 36/14 36/16
36/17
true [1]   27/10
truncate [1]   8/8
truthfully [1]   22/4
try [4]   19/7 20/8
20/15 34/18
trying [2]   13/14
29/4
two [5]   5/11 9/2
10/3 28/11 28/17
TX [1]   1/16
type [2]   7/23 21/4

## U

U.S [19]   1/18 2/2
4/6 6/9 6/10 6/13
7/5 8/19 9/13 9/19
9/20 10/18 21/11

## U

U.S... [6]   21/12
26/19 27/19 29/5
31/4 32/17
U.S.C [4]   5/12 6/17
21/8 24/3
ultimately [6]
11/15 13/15 22/9
22/12 31/9 36/6
under [21]   4/7 4/15
4/19 4/21 5/12 5/12
6/2 7/17 8/2 8/22
10/21 24/15 25/8
25/20 26/5 28/18
29/2 29/22 29/23
33/3 38/4
undercutting [1]
14/23
undermine [2]   19/12
21/1
undermined [1]
10/17
understand [5]   3/13
8/12 10/8 18/5 35/3
understanding [7]
5/3 5/4 13/8 13/17
13/25 15/12 17/5
unfold [1]   22/2
unhappy [1]   31/18
Uniquely [1]   12/25
UNITED [63]
University [2]   1/22
1/23
unlikely [1]   27/7
unquestionably [1]
29/21
unquote [1]   14/3
unsympathetic [1]
36/23
until [4]   25/25
29/24 30/11 32/20
up [4]   9/18 28/17
29/2 29/4
upon [9]   6/7 6/8
11/12 23/17 27/9
33/4 34/13 36/21
38/1
us [2]   9/18 30/25
use [12]   10/14
11/24 11/25 12/7
15/21 16/4 21/23
21/25 22/2 29/12
29/25 37/17
used [2]   20/14
25/24
utilized [1]   26/9

## V

valid [2]   27/23
37/8
various [1]   19/20
versus [3]   3/3 5/25
31/3
very [5]   14/16
18/19 24/6 27/22
36/20
via [1]   1/21
Vienna [1]   34/14
violate [1]   27/14
violating [1]   27/18
violation [1]   23/15

## W

waiting [1]   28/11
WALTON [1]   1/11
want [2]   22/1 22/23
wanted [1]   25/5
wants [3]   13/23
17/3 21/18
war [2]   15/24 17/13
warranted [1]   18/11
Washington [4]   1/6
1/19 2/3 7/8
wasn't [2]   30/21
30/23
water [2]   15/23
17/9
way [9]   5/24 10/17
10/24 11/14 12/16
16/14 16/15 23/13
36/5
we [55]
we'd [1]   24/10
we're [2]   17/9 24/6
we've [6]   6/1 6/2
7/13 11/22 23/10
30/17
weather [2]   17/11
17/12
weigh [1]   31/9
weight [1]   19/23
well [15]   4/5 5/19
5/21 6/9 10/25 13/6
15/2 27/10 28/18
29/16 30/20 30/24
32/1 32/23 37/18
Wen [2]   31/4 33/19
weren't [3]   7/11
28/5 30/22
what [36]   6/7 6/16
8/8 9/3 9/13 10/12
11/23 13/1 14/8
14/18 14/18 15/17
16/13 16/17 16/18
17/24 18/3 19/17
22/19 22/24 23/4
23/22 24/1 24/5
24/9 24/10 24/13
25/11 27/11 28/16
31/13 32/11 32/15
32/21 34/21 36/12
what's [1]   35/10
whatsoever [1]   7/2
when [14]   6/17 13/6
14/6 15/10 23/14
23/17 26/18 29/4
33/10 35/17 36/15
37/9 37/10 37/12
where [3]   11/19
13/12 30/2
whether [23]   5/20
7/23 9/22 14/14
15/8 16/12 20/22
22/16 22/19 22/25
23/1 26/8 30/6
32/13 33/11 33/12
35/4 35/9 35/12
35/22 36/16 36/17
36/19
which [13]   7/1 7/3
10/10 11/21 11/22
11/24 12/23 13/3

15/1 22/8 24/17
25/2 25/17
while [5]   23/6
25/17 27/19 30/1
36/1
White [1]   6/1
who [10]   9/20 11/18
12/11 14/2 21/18
24/14 27/3 28/23
29/2 36/18
who's [1]   29/4
whom [1]   4/1
why [4]   3/22 34/12
34/23 34/24
wife [2]   32/12
32/15
wiggle [1]   34/18
will [4]   12/5 15/11
20/6 37/24
willing [2]   12/8
12/9
withdraw [3]   4/11
15/11 22/17
withdrawal [2]
19/11 22/20
withdrawing [1]
4/10 15/13
within [6]   17/6
17/7 25/19 25/21
25/23 28/7
without [5]   13/15
14/24 21/4 25/13
25/16
words [1]   18/16
world [1]   27/1
would [68]
writing [1]   7/10
wrong [1]   28/9
wrongfully [1]   36/2

## Y

years [9]   5/18 13/4
20/9 20/12 25/14
28/11 28/17 28/24
34/12
Yes [4]   3/15 23/9
26/5 30/9
Yet [1]   32/2
you [32]   3/19 3/20
6/6 7/7 7/11 7/13
7/14 8/12 8/13 9/24
10/16 14/18 16/3
17/7 17/10 18/3
18/4 21/3 22/16
22/19 22/25 24/22
24/23 26/19 27/1
27/2 28/10 28/10
29/16 29/17 29/18
38/12
you'd [2]   9/16
26/25
yourselves [1]   3/5

## Z

zone [1]   15/24