# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br><br>*Plaintiff/Petitioner,*<br><br>vs.<br><br>**Michael Pompeo, in his official capacity as Secretary of the Department of State, Donald J. Trump, in his official capacity as President of the United States;** and **William Pelham Barr in his official capacity as Attorney General.**<br><br>*Defendants/Respondents.* | Cause No. 1:19-cv-00445<br><br>Judge: Reggie B. Walton<br><br>CIVIL ACTION |

### EXHIBIT INDEX TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT

| Exhibit | | Description |
|---|---|---|
| A | | Declaration of Ahmed Muthana, with internal exhibits |
| | 1 | Photo of Hoda Muthana's First Passport |
| | 2 | Letter from Hoda Muthana dated March 21, 2019 |
| | 3 | Letter from Anne Speckhard, Ph.D, Director of ICSVE |
| B | | *Raya v. Clinton*, No. 09-cv-00169-GEC, March 5, 2010 Reply Brief of Government, Doc. 31 (relevant portions highlighted) |
| C | | 7 FAM 1100 Acquisition and Retention of U.S. Citizenship and Nationality (relevant portions highlighted) |