## IN THE UNITED STATES DISTRICT

## COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br><br>*Plaintiff/Petitioner,*<br><br>vs.<br><br>**Michael Pompeo, in his official capacity as Secretary of the Department of State, Donald J. Trump, in his official capacity as President of the United States;** and **William Pelham Barr in his official capacity as Attorney General.**<br><br>*Defendants/Respondents.* | Cause No. 1:19-cv-00445<br><br>Judge: Reggie B. Walton<br><br>CIVIL ACTION<br><br><br>**PROPOSED ORDER** |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT

Upon consideration of Defendants' Motion to Dismiss or, in the Alternative for Partial Summary Judgment (Doc. 19), and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss or in the Alternative Motion for Partial Summary Judgment, it is hereby ORDERED AND ADJUDGED that:

Defendants' Motion to Dismiss or, in the Alternative for Partial Summary Judgment is DENIED on all counts.

SO ORDERED this 10th day of May, 2019

_____
HON. REGGIE B.WALTON
United States District Judge