CHARLES D. SWIFT (D.C. ID No. 987353)
    cswift@clcma.org
CHRISTINA A. JUMP (D.C. ID No. TX151)
    cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Ste. 102
Richardson, TX 75081
Tel: (972) 914-2507; Fax: (972) 692-7454

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br><br>*Plaintiff/Petitioner,*<br><br>vs.<br><br>**MICHEAL POMPEO, in his official capacity as Secretary of the Department of State; DONALD J. TRUMP, in his official capacity as President of the United States; and WILLIAM PELHAM BARR, in his official capacity as Attorney General.**<br><br>*Defendants/Respondents.* | Cause No. 1:19-cv-00445-RBW<br><br>CIVIL ACTION |

## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE DOCUMENTS UNDER SEAL

Plaintiff Ahmed Ali Muthana, individually and as Next Friend of Hoda Muthana and Minor John Doe, by and through undersigned counsel, moves to file Plaintiff's Renewed Motion for Expedited Ruling under seal. Plaintiff's Renewed Motion for Expedited Ruling, which includes internal exhibits, was filed under seal on November 1, 2019 (Doc. 27). Plaintiff intends to file a corresponding redacted, unsealed version of this filing no later than November 4, 2019.

Pursuant to Local Rule 5.4(f), Plaintiff has redacted all new information relating to Minor John Doe, including private medical information. Additionally, the internal exhibits to Plaintiff's Renewed Motion for Expedited Ruling (Doc. 27-1 and 27-2) contain sensitive information, as evident by the contents of the sealed Motion.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff leave to file Plaintiff's Renewed Motion for Expedited Ruling under seal.

Dated this 1st day of November, 2019.

/s/ Christina Jump
Charles D. Swift
D.C. ID No. 987353
cswift@clcma.org
Christina A. Jump
D.C. ID No. TX151
cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507; Fax: (972) 692-7454

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Christina Jump
Christina A. Jump
*Attorney for Plaintiff*

2

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br><br>*Plaintiff/Petitioner,*<br><br>vs.<br><br>**MICHAEL POMPEO, in his official capacity as Secretary of the Department of State; DONALD J. TRUMP, in his official capacity as President of the United States;** and **WILLIAM PELHAM BARR in his official capacity as Attorney General.**<br><br>*Defendants/Respondents.* | Cause No. 1:19-cv-00445<br><br>CIVIL ACTION |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to File Documents Under Seal, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's Renewed Motion for Expedited Ruling may be filed under seal.

SO ORDERED this _____ day of _____, 2019.

                                                                                                    _____
                                                                                                    REGGIE B. WALTON
                                                                                                    United States District Judge