# EXHIBIT A

# DECLARATION OF AHMED ALI MUTHANA

I, Ahmed Ali Muthana, hereby declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 the following:

1. I submit this declaration based on my own personal knowledge.

2. I am over the age of 18 and competent to testify to the facts below.

3. I am the father of Hoda Muthana.

4. I am the grandfather of Hoda Muthana's young son, referenced here as Minor John Doe.

5. █████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████

6. █████████████████████████████████████

7. █████████████████████████████████████████████████████████████████████
████████████████████████████████████████

8. █████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
██████████████████████████████████

9. █████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

10. █████████████████████████████████████████████████████████████████████
████████████████████████████████████

11. █████████████████████████████████████████████████

    █████████████████████████████████████████████████

    ███████

12. █████████████████████████████████████████████████

    ████████████████████████████

13. █████████████████████████████████████████████████

    █████████████████████████████████████████████████

    ███

14. Unfortunately, due to the lack of medicine and access to sufficient medical professionals, as well as the unsafe and unsanitary conditions in the camp, which include mold growing in the tents and no sanitation system, my grandson has suffered through several chest infections. These are getting worse with the increasingly colder weather.

15. I am greatly concerned about my young grandson's physical health and mental well-being. He just turned two years old recently and remains very much at risk of further medical complications where he is.

16. █████████████████████████████████████████████████

    █████████████████████████████████████████████████

    █████████████████████████████████████████████████

    █████████████████████████████████████████████████

    █████████████████████████████████████████████████

    ████████████████████████

17. 

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

Executed on October 31, 2019

_____
Signature of Declarant
Ahmed Ali Muthana