# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.]<br><br>*Plaintiff/Petitioner,*<br><br>vs.<br><br>**MICHAEL POMPEO, in his official capacity as Secretary of the Department of State; DONALD J. TRUMP, in his official capacity as President of the United States;** and **WILLIAM PELHAM BARR in his official capacity as Attorney General.**<br><br>*Defendants/Respondents.* | Cause No. <u>1:19-cv-00445</u><br><br>CIVIL ACTION |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Renewed Motion for Expedited Ruling, it is hereby

ORDERED that Plaintiff's Renewed Motion for Expedited Ruling is GRANTED.

SO ORDERED this _____ day of _____, 2019

_____
REGGIE B. WALTON
United States District Judge
