# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe, | ) ) ) ) ) |   |
| Plaintiff, | ) ) |   |
| v. | ) ) | Civil Action No. 19-445 (RBW) |
| MICHAEL POMPEO, in his official capacity as Secretary of the Department of State, et al., | ) ) ) ) |   |
| Defendants. | ) ) |   |

## ORDER

In accordance with the oral rulings issued by the Court at the motions hearing held on November 14, 2019, it is hereby

**ORDERED** that the Plaintiff's Renewed Motion for Expedited Ruling, ECF No. 27, is **GRANTED**. It is further

**ORDERED** that the defendants' Motion to Dismiss or, in the Alternative, for Partial Summary Judgment, ECF No. 19, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks (1) summary judgment on Counts One to Eight of the plaintiff's Expedited Complaint for Declaratory Judgment, Injunctive Relief and Petition for Writ of Mandamus (the "Complaint") pursuant to Federal Rule of Civil Procedure 56 and (2) dismissal of Count Nine of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). The motion is **DENIED** in all other respects. It is further

**ORDERED** that summary judgment is **ENTERED** for the defendants on Counts to Eight of the Complaint. It is further

2

      **ORDERED** that Count Nine of the Complaint is **DISMISSED WITHOUT PREJUDICE**.  It is further

      **ORDERED** that this case is **CLOSED**.[1]

      **SO ORDERED** this 15th day of November, 2019.

      REGGIE B. WALTON
      United States District Judge

---

[1] This Order is a final Order subject to appeal.  The Court will expeditiously issue a Memorandum Opinion consistent with this Order.