**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AHMED ALI MUTHANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-00445-RBW |
| | ) |
| MICHAEL POMPEO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT NOTICE OF LODGING PROPOSED REDACTED VERSION OF
SEALED DECEMBER 9, 2019 MEMORANDUM OPINION**

The parties file this joint notice of lodging the joint proposed redacted version of the Court's December 9, 2019 Memorandum Opinion, ECF No. 31.

On December 9, 2019, the Court directed the parties to "meet and confer and file a proposed redacted version of the Court's sealed December 9, 2019 Memorandum Opinion, ECF No. 31, to be filed on the public docket." Minute Order (Dec. 9, 2019). The parties, via electronic mail, have met and conferred and reached agreement on redactions to the sealed memorandum opinion. A copy of the memorandum opinion with the parties proposed redactions is attached hereto as Exhibit A.

| | |
|---|---|
| CHARLES D. SWIFT<br>D.C. ID No. 987353<br>Texas Bar No. 24091964<br>cswift@clcma.org | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>SCOTT G. STEWART<br>Deputy Assistant Attorney General |
| */s/ Christina A. Jump*<br>CHRISTINA A. JUMP<br>D.C. ID No. TX151<br>Texas Bar No. 00795828<br>cjump@clcma.org<br>Constitutional Law Center for Muslims in America<br>833 E. Arapaho Rd, Suite 102<br>Richardson, TX 75081<br>Phone: (972) 914-2507<br>Fax: (972) 692-7454<br><br>*Attorneys for Plaintiff* | WILLIAM C. PEACHEY<br>Director<br><br>ANTHONY D. BIANCO<br>Senior Litigation Counsel<br><br>*/s/ Joseph F. Carilli, Jr.*<br>JOSEPH F. CARILLI, JR.<br>N.H. Bar Identification No. 15311<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-4848<br>E-mail: joseph.f.carilli2@usdoj.gov<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

 I hereby certify that on December 16, 2019, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

           /s/ Joseph F. Carilli, Jr.
           JOSEPH F. CARILLI, JR.
           N.H. Bar Identification No. 15311
           Trial Attorney
           United States Department of Justice
           Civil Division
           Office of Immigration Litigation
           District Court Section
           P.O. Box 868, Ben Franklin Station
           Washington, D.C. 20044
           Telephone: (202) 616-4848
           E-mail: joseph.f.carilli2@usdoj.gov

           *Attorney for Defendants*