CHARLES D. SWIFT (D.C. ID No. 987353)
    cswift@clcma.org
CHRISTINA A. JUMP (D.C. ID No. TX151)
    cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Ste. 102
Richardson, TX 75081
Tel: (972) 914-2507; Fax: (972) 692-7454

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI MUTHANA, individually, and as next friend of Hoda Muthana and Minor John Doe** [initials A.M.] | Cause No. 1:19-cv-00445-RBW |
| *Plaintiff/Petitioner,* | CIVIL ACTION |
| vs. | |
| **MICHEAL POMPEO, in his official capacity as Secretary of the Department of State; DONALD J. TRUMP, in his official capacity as President of the United States; and WILLIAM PELHAM BARR, in his official capacity as Attorney General.** | NOTICE OF APPEAL |
| *Defendants/Respondents.* | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Ahmed Ali Muthana, individually and as Next Friend of Hoda Muthana and Minor John Doe, by and through undersigned counsel, files this Notice of Appeal of this matter to the Court of Appeals for the District of Columbia Circuit. Plaintiff appeals based on the Order of this Court dated November 15, 2019, and the Memorandum issued by this Court dated December 9, 2019.

Dated this 18th day of December, 2019.

/s/ Christina Jump
Charles D. Swift
D.C. ID No. 987353
cswift@clcma.org
Christina A. Jump
D.C. ID No. TX151
cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507; Fax: (972) 692-7454

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Christina Jump
Christina A. Jump
*Attorney for Plaintiff*