IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED ALI MUTHANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-00445-RBW |
| | ) |
| MICHAEL POMPEO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Celone is admitted to practice in this court and enters his appearance as counsel of record on behalf of Defendants, Michael Pompeo, *et al.*, in the above-captioned action.

Dated: January 15, 2021

JENNIFER B. DICKEY
Acting Assistant Attorney General
Civil Division

SCOTT G. STEWART
Deputy Assistant Attorney General

CHRISTOPHER A. BATES
Senior Counsel

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

Respectfully submitted,

*/s/ Michael A. Celone*
MICHAEL A. CELONE
D.D.C. Bar ID: MD805677
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2040
Email: Michael.A.Celone@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I filed the foregoing NOTICE OF APPEARANCE electronically, via the Court's ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Dated:  January 15, 2021                    */s/ Michael A. Celone*
                                                      MICHAEL A. CELONE
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2040
Email: Michael.A.Celone@usdoj.gov