IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
AHMED ALI MUTHANA,                        )
                                          )
        Plaintiff,                        )
                                          )
   v.                                     )   Civil Action No. 1:19-cv-00445-RBW
                                          )
MICHAEL R. POMPEO, *et al.*,              )
                                          )
        Defendants.                       )
_____ )

**NOTICE OF REQUEST TO WITHDRAW
APPEARANCE OF COUNSEL SCOTT G. STEWART**

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Scott G. Stewart hereby respectfully moves to withdraw as counsel of record for Defendants in the above-captioned case on the grounds that his employment with the U.S. Department of Justice will end on January 20, 2021. No substitution of counsel is necessary, as Defendants will continue to be represented by all remaining counsel of record for Defendants in this matter.

Dated:  January 15, 2021

Respectfully submitted,

JENNIFER B. DICKEY
Acting Assistant Attorney General
Civil Division

CHRISTOPHER A. BATES
Senior Counsel

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

*/s/ Michael A. Celone*
MICHAEL A. CELONE
D.D.C. Bar ID: MD805677
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2040
Email: Michael.A.Celone@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I filed the foregoing NOTICE OF REQUEST TO WITHDRAW APPEARANCE OF COUNSEL SCOTT G. STEWART electronically, via the Court's ECF system.  All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Dated:  January 15, 2021                  */s/ Michael A. Celone*
MICHAEL A. CELONE
D.D.C. Bar ID: MD805677
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2040
Email: Michael.A.Celone@usdoj.gov