# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-5362                     September Term, 2020

FILED ON: JANUARY 19, 2021

AHMED ALI MUTHANA, INDIVIDUALLY, AND AS NEXT FRIEND OF HODA MUTHANA AND MINOR JOHN DOE INITIALS A.M.,
        APPELLANT

v.

MICHAEL R. POMPEO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF STATE, ET AL.,
        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-00445)

Before: TATEL and RAO, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment to the government be affirmed in part because neither Hoda Muthana nor John Doe had ever been citizens of the United States; the District Court's dismissal for lack of jurisdiction of Muthana's claim for preenforcement review of the material support for terrorism statute be affirmed; and the case be remanded to the District Court to dismiss Muthana's mandamus petition for lack of subject matter jurisdiction, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                     BY:     /s/

                                                     Daniel J. Reidy
                                                     Deputy Clerk

Date: January 19, 2021

Opinion for the court filed by Circuit Judge Rao.
Opinion concurring in the judgment filed by Circuit Judge Tatel.